# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| **WILLIAM GRIFFIN and BILLIE GRIFFIN,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:21-cv-02818-STA-jay |
| ) | |
| **AMERICAN SELECT INSURANCE** ) | |
| **COMPANY d/b/a WESTFIELD,** ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES AND CONTINUING TRIAL

Before the Court is the Parties' Joint Motion to Extend Standard Track Scheduling Order Deadlines (ECF No. 20) filed on October 26. For good cause shown, the Motion is **GRANTED**. The deadline to depose experts is extended to December 1, 2022, the deadline to file F.R.E. 702/*Daubert* motions is extended to December 15, 2022, and the deadline to file dispositive motions is extended to December 27, 2022. Furthermore, the Court finds that extensions of these deadlines will require continuing the trial in this matter. The trial date will be continued to June 26, 2023, at 9:30 a.m. and the pretrial conference will be June 16, 2023, at 9:00 a.m.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE
Date: October 28, 2022

1