

# USA DAMAGE RESPONSE TEAM

1450 Madruga Ave. Suite 407 Coral Gables, FL
www.usadamageresponse.com

| | | | |
|---|---|---|---|
| Insured: | William Griffin | Home: | (731) 420-1402 |
| Property: | 128 Poplar St<br>Gadsden, TN 38337 | | |
| Claim Rep.: | USA Damage Response Team | Business:<br>E-mail: | (305) 662-6092<br>estimates@usadamageresponse.com |
| Estimator: | WriteLoss, Inc. | Business:<br>E-mail: | (850) 460-0238<br>info@writeloss.com |

**Claim Number:**     **Policy Number:**     **Type of Loss:** Residential

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | 5/5/2020 | Date Entered: | 10/21/2020 5:33 AM |

Price List: TNJA8X_OCT20
            Restoration/Service/Remodel
Estimate: GRIFFIN_USA_DAMAGE

- **Estimate Information**

   **Estimate Grand Total: $34,443.37**

**Link to 3D walk through: Main House** http://tiny.cc/mbsioz

**Link to 3D walk through: Workshop** http://tiny.cc/sdsioz


# GRIFFIN_USA_DAMAGE

## Plumbing Estimate

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 1. Plumbing Estimate | 1.00 | EA | 0.00 | 9,952.00 | 0.00 | 0.00 | 9,952.00 |
| Totals: Plumbing Estimate | | | | | 0.00 | 0.00 | 9,952.00 |

## Roof

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 2. Roofer - per hour | 4.00 | HR | 0.00 | 71.41 | 0.00 | 57.12 | 342.76 |
| 3. R&R Metal roofing - corrugated - 26 gauge | 64.00 | SF | 0.38 | 3.40 | 7.36 | 49.86 | 299.14 |
| 4. Roofing felt - 15 lb. | 1.00 | SQ | 0.00 | 18.81 | 0.54 | 3.86 | 23.21 |
| 5. R&R Flashing - pipe jack - lead | 1.00 | EA | 5.20 | 54.87 | 3.73 | 12.76 | 76.56 |
| 6. Flashing - pipe jack - lead | 1.00 | EA | 0.00 | 54.87 | 3.73 | 11.72 | 70.32 |
| 7. Prime & paint roof jack | 2.00 | EA | 0.00 | 32.86 | 1.40 | 13.42 | 80.54 |
| Totals: Roof | | | | | 16.76 | 148.74 | 892.53 |

## SKETCH1
## Main Level



**Bathroom** Height: 8'

| | | | |
|---|---|---|---|
| 307.17 | SF Walls | 73.83 | SF Ceiling |
| 381.00 | SF Walls & Ceiling | 73.83 | SF Floor |
| 8.20 | SY Flooring | 38.40 | LF Floor Perimeter |
| 38.40 | LF Ceil. Perimeter | | |



**Subroom: Bath Closet (1)** Height: 8'

| | | | |
|---|---|---|---|
| 92.00 | SF Walls | 7.64 | SF Ceiling |
| 99.64 | SF Walls & Ceiling | 7.64 | SF Floor |
| 0.85 | SY Flooring | 11.50 | LF Floor Perimeter |
| 11.50 | LF Ceil. Perimeter | | |


## CONTINUED - Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Mitigation** | | | | | | |
| 8. Clean floor - Heavy | 81.47 SF | 0.00 | 0.45 | 0.08 | 7.36 | 44.10 |
| 9. Clean stud wall - Heavy | 32.00 SF | 0.00 | 0.76 | 0.06 | 4.88 | 29.26 |
| 10. Apply plant-based anti-microbial agent to more than the floor | 113.47 SF | 0.00 | 0.21 | 0.55 | 4.88 | 29.26 |
| **Walls** | | | | | | |
| 11. R&R Batt insulation - 4" - R13 - paper / foil faced | 32.00 SF | 0.18 | 0.70 | 1.47 | 5.94 | 35.57 |
| 12. R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | 0.31 | 1.82 | 1.59 | 13.94 | 83.69 |
| 13. Scrape part of the walls & prep for paint | 147.92 SF | 0.00 | 0.60 | 0.14 | 17.78 | 106.67 |
| 14. Texture drywall - light hand texture | 179.92 SF | 0.00 | 0.54 | 0.88 | 19.62 | 117.66 |
| 15. Seal part of the walls w/latex based stain blocker - one coat | 179.92 SF | 0.00 | 0.56 | 1.23 | 20.40 | 122.39 |
| 16. Paint part of the walls - two coats | 179.92 SF | 0.00 | 0.88 | 3.51 | 32.36 | 194.20 |
| 17. R&R Ceramic/porcelain tile | 219.25 SF | 1.33 | 9.19 | 99.62 | 481.22 | 2,887.35 |
| 18. R&R 1/2" Cement board | 219.25 SF | 0.62 | 2.92 | 27.79 | 160.78 | 964.72 |
| 19. R&R Ceramic tile - bullnose - 3/4" x 6" | 53.90 LF | 1.56 | 5.98 | 13.09 | 83.90 | 503.39 |
| 20. R&R Light fixture - wall sconce | 1.00 EA | 6.16 | 84.34 | 5.49 | 19.20 | 115.19 |
| 21. R&R Bathroom mirror - w/metal frame - surface mtd. - Std grd | 12.67 SF | 1.34 | 16.09 | 12.30 | 46.64 | 279.78 |
| 22. R&R Window blind - PVC - 1" - up to 7 SF | 1.00 EA | 7.44 | 41.54 | 1.33 | 10.04 | 60.35 |
| 23. R&R Toilet paper holder | 1.00 EA | 3.70 | 21.69 | 1.21 | 5.32 | 31.92 |
| 24. R&R Switch | 1.00 EA | 3.73 | 12.31 | 0.19 | 3.24 | 19.47 |
| 25. R&R Outlet | 1.00 EA | 3.73 | 11.94 | 0.16 | 3.16 | 18.99 |
| 26. R&R Towel bar | 1.00 EA | 4.62 | 24.42 | 1.47 | 6.10 | 36.61 |
| 27. R&R Bathroom ventilation fan | 1.00 EA | 13.02 | 79.75 | 4.36 | 19.44 | 116.57 |
| 28. R&R Bath accessory | 1.00 EA | 3.70 | 24.42 | 1.47 | 5.92 | 35.51 |
| 29. R&R Shower curtain rod | 1.00 EA | 4.62 | 25.72 | 1.60 | 6.38 | 38.32 |
| 30. R&R Crown molding - 2 1/4" | 49.90 LF | 0.50 | 2.54 | 5.06 | 31.38 | 188.14 |
| 31. Stain & finish crown molding | 49.90 LF | 0.00 | 1.55 | 0.88 | 15.66 | 93.89 |
| 32. Mask and prep for paint - plastic, paper, tape (per LF) | 49.90 LF | 0.00 | 1.30 | 1.26 | 13.24 | 79.37 |
| **Cabinetry** | | | | | | |
| 33. R&R Vanity | 5.00 LF | 5.55 | 182.97 | 77.51 | 204.04 | 1,224.15 |



**USA DAMAGE RESPONSE TEAM**

1450 Madruga Ave. Suite 407 Coral Gables, FL
www.usadamageresponse.com

## CONTINUED - Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 34. R&R Countertop - flat laid plastic laminate | 5.00 LF | 3.20 | 34.28 | 12.68 | 40.02 | 240.10 |
| 35. R&R Cabinet hinge - surface mount | 4.00 EA | 0.92 | 4.68 | 0.86 | 4.66 | 27.92 |
| 36. Cabinet knob or pull | 2.00 EA | 0.00 | 6.59 | 0.69 | 2.78 | 16.65 |
| **Plumbing** | | | | | | |
| 37. Material Only Sink - single | 1.00 EA | 0.00 | 157.04 | 15.31 | 34.46 | 206.81 |
| 38. Material Only Sink strainer and drain assembly | 1.00 EA | 0.00 | 17.99 | 1.75 | 3.96 | 23.70 |
| 39. Material Only Sink faucet - Bathroom | 1.00 EA | 0.00 | 132.97 | 12.96 | 29.20 | 175.13 |
| 40. Material Only Plumbing fixture supply line | 3.00 EA | 0.00 | 5.98 | 1.75 | 3.94 | 23.63 |
| 41. Material Only Angle stop valve | 3.00 EA | 0.00 | 7.19 | 2.10 | 4.74 | 28.41 |
| 42. Material Only P-trap assembly - ABS (plastic) | 1.00 EA | 0.00 | 6.04 | 0.59 | 1.32 | 7.95 |
| 43. Material Only Toilet | 1.00 EA | 0.00 | 266.29 | 25.96 | 58.46 | 350.71 |
| 44. Material Only Toilet seat | 1.00 EA | 0.00 | 31.47 | 3.07 | 6.92 | 41.46 |
| 45. Material Only Toilet flange | 1.00 EA | 0.00 | 70.53 | 6.88 | 15.48 | 92.89 |
| 46. Material Only Bathtub | 1.00 EA | 0.00 | 403.20 | 39.31 | 88.50 | 531.01 |
| 47. Material Only Tub/shower faucet | 1.00 EA | 0.00 | 140.00 | 13.65 | 30.74 | 184.39 |
| 48. Material Only Shower head only | 1.00 EA | 0.00 | 30.50 | 2.97 | 6.70 | 40.17 |
| **Floor** | | | | | | |
| 49. Remove Vinyl tile | 81.47 SF | 0.84 | 0.00 | 0.00 | 13.68 | 82.11 |
| 50. Vinyl tile | 93.69 SF | 0.00 | 3.07 | 19.82 | 61.48 | 368.93 |
| 15% Waste | | | | | | |
| 51. Floor preparation for resilient flooring | 81.47 SF | 0.00 | 0.42 | 0.79 | 7.00 | 42.01 |
| 52. Embossing leveler for vinyl flooring | 81.47 SF | 0.00 | 0.77 | 2.62 | 13.06 | 78.41 |
| **Doors & Windows** | | | | | | |
| 53. R&R Shower door | 1.00 EA | 13.55 | 341.49 | 27.28 | 76.48 | 458.80 |
| 54. Interior door - Detach & reset - slab only | 2.00 EA | 0.00 | 13.24 | 0.00 | 5.30 | 31.78 |
| 55. Stain & finish door slab only (per side) | 4.00 EA | 0.00 | 53.76 | 3.08 | 43.62 | 261.74 |
| 56. R&R Door opening (jamb & casing) - 32"to36"wide - paint grade | 2.00 EA | 4.65 | 123.43 | 18.09 | 54.86 | 329.11 |
| 57. Stain & finish door/window trim & jamb (per side) | 4.00 EA | 0.00 | 37.65 | 2.17 | 30.56 | 183.33 |



### CONTINUED - Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 58. R&R Window trim set (casing & stop) | 10.67 LF | 0.38 | 4.01 | 2.35 | 9.86 | 59.05 |
| 59. Stain & finish trim | 10.67 LF | 0.00 | 1.45 | 0.20 | 3.14 | 18.81 |
| **Misc.** | | | | | | |
| 60. Content Manipulation charge - per hour | 2.00 HR | 0.00 | 33.06 | 0.00 | 13.22 | 79.34 |
| 61. Protect contents - Cover with plastic | 81.47 SF | 0.00 | 0.16 | 0.48 | 2.70 | 16.22 |
| 62. Final cleaning - construction - Residential | 81.47 SF | 0.00 | 0.18 | 0.00 | 2.94 | 17.60 |
| Totals: Bathroom | | | | 481.71 | 1,912.60 | 11,474.69 |



**Living Room** — Height: 8'

| | | | |
|---|---|---|---|
| 809.33 | SF Walls | 365.25 | SF Ceiling |
| 1,174.58 | SF Walls & Ceiling | 365.25 | SF Floor |
| 40.58 | SY Flooring | 100.33 | LF Floor Perimeter |
| 105.33 | LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor**  5' X 6' 8"  Opens into DINING_ROOM

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Floor** | | | | | | |
| 63. Floor protection - cardboard and tape | 365.25 SF | 0.42 | 0.00 | 8.55 | 32.40 | 194.36 |
| **Misc.** | | | | | | |
| 64. Content Manipulation charge - per hour | 4.00 HR | 0.00 | 33.06 | 0.00 | 26.44 | 158.68 |
| 65. Protect contents - Cover with plastic | 365.25 SF | 0.00 | 0.16 | 2.14 | 12.10 | 72.68 |
| 66. Final cleaning - construction - Residential | 365.25 SF | 0.00 | 0.18 | 0.00 | 13.16 | 78.91 |
| Totals: Living Room | | | | 10.69 | 84.10 | 504.63 |
| **Total: Main Level** | | | | **492.40** | **1,996.70** | **11,979.32** |
| **Total: SKETCH1** | | | | **492.40** | **1,996.70** | **11,979.32** |

Covid 19



## CONTINUED - Covid 19

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| ****** COVID 19 Special Provisions ****** | | | | | | |
| ******** Personal Protective Equipment ******** | | | | | | |
| **PPE Suits** | | | | | | |
| 67. Add for personal protective equipment (hazardous cleanup) | 8.00 EA | 0.00 | 10.59 | 8.26 | 18.60 | 111.58 |
| 68. Add for personal protective equipment - Heavy duty | 8.00 EA | 0.00 | 22.20 | 17.32 | 38.98 | 233.90 |
| **PPE Face Covering / Eye Protection** | | | | | | |
| 69. Personal protective mask (N-95) | 8.00 EA | 0.00 | 4.30 | 3.35 | 7.56 | 45.31 |
| 70. Eye protection - plastic goggles - Disposable | 8.00 EA | 0.00 | 6.29 | 4.91 | 11.04 | 66.27 |
| 71. Face shield - Disposable | 8.00 EA | 0.00 | 5.95 | 4.64 | 10.44 | 62.68 |
| **PPE Respirator** | | | | | | |
| 72. Respirator - Half face - multi-purpose resp. (per day) | 8.00 DA | 0.00 | 1.67 | 0.00 | 2.68 | 16.04 |
| 73. Respirator - Full face - multi-purpose resp. (per day) | 8.00 DA | 0.00 | 7.61 | 0.00 | 12.18 | 73.06 |
| 74. Respirator cartridge - HEPA only (per pair) | 16.00 EA | 0.00 | 12.74 | 19.87 | 44.74 | 268.45 |
| 75. Supply Air Respirator (SAR) - per day | 8.00 DA | 0.00 | 61.25 | 0.00 | 98.00 | 588.00 |
| **PPE Gloves** | | | | | | |
| 76. Personal protective gloves - Disposable (per pair) | 8.00 EA | 0.00 | 0.33 | 0.26 | 0.58 | 3.48 |
| **PPE Boots** | | | | | | |
| 77. Boots - waterproof latex - Disposable (per pair) | 8.00 EA | 0.00 | 7.17 | 5.59 | 12.60 | 75.55 |
| **PPE Accessories** | | | | | | |
| 78. Tape to Seal Gloves / Boots | 2.00 EA | 0.00 | 10.00 | 1.95 | 0.00 | 21.95 |

Orig. Desc. - Tape

| | | | | | | |
|---|---|---|---|---|---|---|
| **PPE Cleaning** | | | | | | |
| 79. Cleaning PPE - incl. cleaning agent - to decontaminate of possible COVID - 19 | 4.00 HR | 0.00 | 38.94 | 0.46 | 31.26 | 187.48 |
| **Testing Job Site** | | | | | | |
| 80. Contamination - on-site testing of possible COVID - 19 | 4.00 EA | 0.00 | 23.61 | 1.01 | 19.08 | 114.53 |

Orig. Desc. - Contamination - on-site ATP testing to decontaminate of possible COVID - 19

Includes: Testing swab, use of a luminometer, and labor to collect and test sample, and to record test results.
Quality: On-site ATP surface or water test to determine the presence and concentration of bio-contaminants.
Note: Pre- or post mitigation testing of surface or water samples.  Price is per each test sample.



## USA DAMAGE RESPONSE TEAM

1450 Madruga Ave. Suite 407 Coral Gables, FL
www.usadamageresponse.com

### CONTINUED - Covid 19

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 81. Contamination - air or surface testing & lab analysis of possible COVID - 19 | 2.00 EA | 0.00 | 115.13 | 3.11 | 46.68 | 280.05 |

Includes: Laboratory fee, surface test swab or air test kit, and labor to take a sample and mail to the lab.
Note: Pre- or post-mitigation laboratory testing of air, liquid, or surface samples. Price is per each test sample.

**Testing Workers**

| | | | | | | |
|---|---|---|---|---|---|---|
| 82. Body temperature thermometer - High grade | 1.00 EA | 0.00 | 55.00 | 5.36 | 0.00 | 60.36 |

Temperature checks of all workers with a forehead thermomotor at the construction site before they begin work and before they leave the job site. Mandatory as per....

| | | | | | | |
|---|---|---|---|---|---|---|
| 83. Supervisory Monitor Mandatory Temperature Checks | 2.00 HR | 0.00 | 81.13 | 0.00 | 32.46 | 194.72 |

Supervisor to perform the mandatory temperature checks. ? workers ?X a day for ? days.

**Required Supervision**

| | | | | | | |
|---|---|---|---|---|---|---|
| 84. Hazardous Supervisory Monitor | 4.00 HR | 0.00 | 66.73 | 0.00 | 53.38 | 320.30 |

Supervisor to assure all protocol are adhered to. Mandated by local officials. Due to the mandated Covid-19 Pandemic regulations placed upon the construction industry implementing shift work, limiting crossover of subcontractors mandatory hand washing, mandatory additional rest breaks and monitors workers during renovations

**Equipment Cleaning**

| | | | | | | |
|---|---|---|---|---|---|---|
| 85. Apply biological to decontaminate of possible COVID - 19 | 75.00 SF | 0.00 | 0.33 | 0.37 | 5.04 | 30.16 |

Cleaning/treatment product and labor to apply. biological treatment with a minimum concentration of 500 billion spores per gallon to all equipment being used prior to and after the job to help eliminate any spread to other customers.

| | | | | | | |
|---|---|---|---|---|---|---|
| 86. Clean with pressure/chemical spray - Very heavy | 75.00 SF | 0.00 | 0.70 | 0.15 | 10.54 | 63.19 |

**Contaminated Trash**

| | | | | | | |
|---|---|---|---|---|---|---|
| 87. Plastic bag - used for disposal of contaminated items | 6.00 EA | 0.00 | 2.80 | 1.64 | 3.68 | 22.12 |
| 88. Plastic glove bag- used for hazardous waste cleanup | 6.00 EA | 0.00 | 9.85 | 5.76 | 12.98 | 77.84 |

**Additional Labor**

| | | | | | | |
|---|---|---|---|---|---|---|
| 89. Additonal time needed due to working in PPE | 8.00 HR | 0.00 | 32.69 | 0.00 | 52.30 | 313.82 |

Due to the mandated Covid-19 Pandemic regulations placed upon the construction industry implementing shift work, limiting crossover of subcontractors mandatory hand washing, mandatory additional rest breaks and more, this job will take an extra ??? hours to complete.

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Covid 19 | | | | 84.01 | 524.80 | 3,230.84 |

### General Conditions

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 90. General clean - up | 4.00 HR | 0.00 | 31.10 | 0.00 | 24.88 | 149.28 |


## CONTINUED - General Conditions

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 91. Residential Supervision / Project Management - per hour | 24.00 | HR | 0.00 | 57.90 | 0.00 | 277.92 | 1,667.52 |
| 92. Dumpster load - Approx. 20 yards, 4 tons of debris | 2.00 | EA | 473.29 | 0.00 | 0.00 | 189.32 | 1,135.90 |
| 93. Taxes, insurance, permits & fees (Bid Item) | 1.00 | EA | 0.00 | 340.00 | 0.00 | 0.00 | 340.00 |
| 94. Neg. air fan/Air scrub.-Large (per 24 hr period)-No monit. | 7.00 | DA | 0.00 | 107.20 | 0.00 | 150.08 | 900.48 |
| 95. Add for HEPA filter (for negative air exhaust fan) | 2.00 | EA | 0.00 | 183.67 | 34.13 | 80.28 | 481.75 |
| 96. Air handler - with A-coil - Detach & reset | 1.00 | EA | 0.00 | 810.10 | 0.00 | 162.02 | 972.12 |
| 97. Central air cond. system - refrigerant evacuation | 1.00 | EA | 0.00 | 127.58 | 0.00 | 25.52 | 153.10 |
| 98. Clean evaporator coil | 1.00 | EA | 0.00 | 42.99 | 0.02 | 8.60 | 51.61 |
| 99. Clean air handler - Large | 1.00 | EA | 0.00 | 43.49 | 0.07 | 8.72 | 52.28 |
| 100. Clean ductwork - Interior (PER REGISTER) | 9.00 | EA | 0.00 | 28.21 | 0.07 | 50.80 | 304.76 |
| 101. R&R Sheathing - plywood - 1/2" CDX | 128.00 | SF | 0.41 | 1.77 | 14.98 | 58.82 | 352.84 |
| Add Plywood for Dumpster to set on. | | | | | | | |
| 102. Temporary toilet (per month) | 3.00 | MO | 0.00 | 109.00 | 0.00 | 65.40 | 392.40 |
| Totals: General Conditions | | | | | 49.27 | 1,102.36 | 6,954.04 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 103. Drywall labor minimum | 1.00 | EA | 0.00 | 310.45 | 0.00 | 62.10 | 372.55 |
| 104. Electrical labor minimum | 1.00 | EA | 0.00 | 175.25 | 0.00 | 35.06 | 210.31 |
| 105. Finish hardware labor minimum | 1.00 | EA | 0.00 | 93.74 | 0.00 | 18.74 | 112.48 |
| 106. Finish carpentry labor minimum | 1.00 | EA | 0.00 | 30.41 | 0.00 | 6.08 | 36.49 |
| 107. Plumbing labor minimum | 1.00 | EA | 0.00 | 275.28 | 0.00 | 55.06 | 330.34 |
| 108. Floor cleaning labor minimum | 1.00 | EA | 0.00 | 74.06 | 0.00 | 14.82 | 88.88 |
| 109. Insulation labor minimum | 1.00 | EA | 0.00 | 114.98 | 0.00 | 23.00 | 137.98 |
| 110. Mirror/shower door labor minimum | 1.00 | EA | 0.00 | 33.91 | 0.00 | 6.78 | 40.69 |
| 111. Toilet & bath accessory labor minimum | 1.00 | EA | 0.00 | 14.50 | 0.00 | 2.90 | 17.40 |
| 112. Window treatment repair | 1.00 | EA | 0.00 | 73.76 | 0.00 | 14.76 | 88.52 |
| Totals: Labor Minimums Applied | | | | | 0.00 | 239.30 | 1,435.64 |



**USA DAMAGE RESPONSE TEAM**

1450 Madruga Ave. Suite 407 Coral Gables, FL
www.usadamageresponse.com

| Line Item Totals: GRIFFIN_USA_DAMAGE | 642.44 | 4,011.90 | 34,444.37 |
|---|---|---|---|

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 8,935.22 | SF Walls | 2,987.61 | SF Ceiling | 11,922.83 | SF Walls and Ceiling |
| 2,980.17 | SF Floor | 331.13 | SY Flooring | 1,104.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 1,135.72 | LF Ceil. Perimeter |
| 2,980.17 | Floor Area | 3,250.50 | Total Area | 8,935.22 | Interior Wall Area |
| 4,289.00 | Exterior Wall Area | 469.33 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 29,790.03 |
| Material Sales Tax | 642.44 |
| Subtotal | 30,432.47 |
| Overhead | 2,005.95 |
| Profit | 2,005.95 |
| **Replacement Cost Value** | **$34,444.37** |
| **Net Claim** | **$34,444.37** |

WriteLoss, Inc.



**USA DAMAGE RESPONSE TEAM**

1450 Madruga Ave. Suite 407 Coral Gables, FL
www.usadamageresponse.com

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (9.75%) | P Ppty Material Tax (9.75%) | P Ppty Cleaning Tax (9.75%) | Storage Rental Tax (9.75%) | Food Tax (7.75%) |
|---|---|---|---|---|---|---|---|
| **Line Items** | 2,005.95 | 2,005.95 | 642.44 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **2,005.95** | **2,005.95** | **642.44** | **0.00** | **0.00** | **0.00** | **0.00** |



**USA DAMAGE RESPONSE TEAM**

1450 Madruga Ave. Suite 407 Coral Gables, FL
www.usadamageresponse.com

# Recap by Room

**Estimate: GRIFFIN_USA_DAMAGE**
| | | |
|---|---:|---:|
| Plumbing Estimate | **9,952.00** | **33.41%** |
| Roof | **727.03** | **2.44%** |

**Area: SKETCH1**

**Area: Main Level**
| | | |
|---|---:|---:|
| Bathroom | **9,080.38** | **30.48%** |
| Living Room | **409.84** | **1.38%** |
| **Area Subtotal: Main Level** | **9,490.22** | **31.86%** |
| **Area Subtotal: SKETCH1** | **9,490.22** | **31.86%** |
| Covid 19 | **2,622.03** | **8.80%** |
| General Conditions | **5,802.41** | **19.48%** |
| Labor Minimums Applied | **1,196.34** | **4.02%** |

**Subtotal of Areas** — **29,790.03** — **100.00%**

**Total** — **29,790.03** — **100.00%**

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| CABINETRY | 1,118.15 | 3.02% |
| CLEANING | 888.48 | 2.40% |
| CONTENT MANIPULATION | 269.84 | 0.73% |
| GENERAL DEMOLITION | 1,944.70 | 5.25% |
| DOORS | 26.48 | 0.07% |
| DRYWALL | 465.85 | 1.26% |
| ELECTRICAL | 199.50 | 0.54% |
| FLOOR COVERING - VINYL | 384.58 | 1.04% |
| FINISH CARPENTRY / TRIMWORK | 446.81 | 1.21% |
| FINISH HARDWARE | 189.99 | 0.51% |
| FRAMING & ROUGH CARPENTRY | 226.56 | 0.61% |
| HAZARDOUS MATERIAL REMEDIATION | 1,590.29 | 4.30% |
| HEAT, VENT & AIR CONDITIONING | 1,017.43 | 2.75% |
| INSULATION | 137.38 | 0.37% |
| LABOR ONLY | 1,813.38 | 4.90% |
| LIGHT FIXTURES | 84.34 | 0.23% |
| MIRRORS & SHOWER DOORS | 375.40 | 1.01% |
| PLUMBING | 1,570.82 | 4.24% |
| PAINTING | 936.89 | 2.53% |
| ROOFING | 631.79 | 1.71% |
| TOILET & BATH ACCESSORIES | 218.36 | 0.59% |
| TILE | 2,977.44 | 8.04% |
| TEMPORARY REPAIRS | 327.00 | 0.88% |
| WINDOW TREATMENT | 115.30 | 0.31% |
| WATER EXTRACTION & REMEDIATION | 1,466.27 | 3.96% |
| **O&P Items Subtotal** | **19,423.03** | **52.47%** |

| Non-O&P Items | Total | % |
|---|---:|---:|
| PERMITS AND FEES | 340.00 | 0.92% |
| HEALTH & MEDICAL SUPPLIES | 55.00 | 0.15% |
| OFFICE SUPPLIES | 20.00 | 0.05% |
| PLUMBING | 9,952.00 | 26.89% |
| **Non-O&P Items Subtotal** | **10,367.00** | **28.01%** |
| **O&P Items Subtotal** | **19,423.03** | **52.47%** |
| Material Sales Tax | 642.44 | 1.74% |
| P Ppty Material Tax | 642.44 | 1.74% |
| Storage Rental Tax | 642.44 | 1.74% |
| Food Tax | 642.44 | 1.74% |
| Overhead | 2,005.95 | 5.42% |