DocuSign Envelope ID: 67BC1E04-CC36-49A3-8BA7-CC9E5DE24BC7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION AT JACKSON

_____

| | |
|---|---|
| **WILLIAM GRIFFIN AND BILLIE GRIFFIN,** ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case 1:21-cv-02818 |
| **AMERICAN SELECT INSURANCE COMPANY,** ) ) ) ) | |
| Defendant. ) | |

_____

## EXPERT REPORT PURSUANT TO FED. R. CIV. P. 26(a)(2)

_____

A. Name and contact information for expert:

**Jimmy Rooker (Plumber in Tennessee)**
**6883 HWY 14**
**Brighton, TN 38011**
**(601) 642-6591**
jimmyrooker@draingoplumbing.com

    a. Complete statement of all opinions the witness will express and the basis and reasons for them;

**Based on my background, training and experience as well as the documents and information listed below, it is my opinion that:**

- The plumbing system at the home has failed because of wear and tear, rust, deterioration, and corrosion, including scaling and channeling.

- These conditions have caused damage to the pipes.

- The failed plumbing system is not functioning as intended.

- The failed plumbing system has caused water damage at the home, including water damage to the home including cracked pipes and bathroom toilet leak and water damage to bathroom cabinet.

- To repair the specific points of the cast iron plumbing system from which water escaped, it is necessary to tear out and remove portions of the home to gain access to the entire failed cast iron plumbing system. No other method of repair is proper. A fix to only part of the failed plumbing system is not adequate or possible.

- This was the appropriate and necessary method of repair at the time of the loss in July 2019 and the damage is continuing and ongoing and will only stop when the home's entire cast iron pipes plumbing system is torn out and replaced.

- Water and sewage is exiting breaches in the cast iron drain lines within the home's foundation system and has caused damage to its surroundings, including the structural fill supporting the drain pipes and the home's foundation, including the joists, as the water and sewage wick up into the foundation and joists.

- The home sits on a pier and beam foundation (also called a post and beam foundation).
    - The foundation supports the home.
    - There are two things under the foundation: (1) backfill which was compacted during the construction of the home; and (2) cast iron pipes plumbing system which is directly above backfill.
    - The backfill is a material used to construct the home.

- The conditions of the cast iron pipes depicted in the videos are the same or substantially similar to the conditions at the time the damage described above occurred.

    a. The facts or data considered by the witness in forming them;

    **Facts are gathered from data received from inspections, photos and estimate for repairs, specifically:**
    - My inspection of the above job location on August 10, 2020.
    - Conversation with the homeowners during my inspection
    - Videos and Photographs by **Draingo of Mississippi**
    - Report by **Draingo of Mississippi**
    - Estimate for Repairs by **Draingo of Mississippi**

b.  Any exhibits that will be used to summarize or support them;

- Videos and Photographs by **Draingo of Mississippi**
- Report by **Draingo of Mississippi**
- Estimate for Repairs by **Draingo of Mississippi**

c.  The witness's qualifications, including a list of all publications authorized in the previous 10 years;

**See attached resume.**

d.  A list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition;

**None.**

e.  A statement of the compensation to be paid for the study and testimony in the case;

**$225/hour**

*Jimmy Rooker*  8/24/2022
_____
Jimmy Rooker

DocuSign Envelope ID: 67BC1E04-CC36-49A3-8BA7-CC9E5DE24BC7

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August <u>25th</u>, 2022, a true and correct copy of the foregoing was delivered to all counsel for parties at interest in this cause via U.S. mail and electronic mail:

**JAMES R. TOMKINS, 11161**
**SMITH & TOMKINS**
25 Century Boulevard, Suite 606
Nashville, TN 37214
(615) 256-1280
[jtomkins@smithtomkins.com](mailto:jtomkins@smithtomkins.com)

*Attorney for Defendant*

                                  */s/ Alex S. Fisher*
                                  Alex S. Fisher (BPR #31391)
                                  **MORGAN & MORGAN – NASHVILLE**

DocuSign Envelope ID: 67BC1E04-CC36-49A3-8BA7-CC9E5DE24BC7

# 1 - ROOKER RESUME

DocuSign Envelope ID: 67BC1E04-CC36-49A3-8BA7-CC9E5DE24BC7

# JIMMY ROOKER

BRANDON MS · 601-642-6591
JIMBOROOKER25@GMAIL.COM

---

Experienced residential and commercial plumber since 1996

## EXPERIENCE

**DATES FROM – 2016 TO PRESENT**
**MANAGER,** DRAINGO OF MS LLC

Plumbing manager overseeing plumbing installation of residential and commercial service. Hiring and training all employees.

**DATES FROM – 2003- TO 2016**
**LEAD SERVICE PLUMBER ,** DRAINGO LLC

- Service and replace hot water tanks, garbage disposals, pressure regulating valves, repair & replace toilets
- Fixing leaks and unclogging drains, install, repair/replace water supply lines, unclog sewer lines, repair/replace fixture drains/pipe threading
- Experience in all general plumbing

## EDUCATION

**CLASS OF 96**
**BOLTON HIGH SCHOOL,**

## SKILLS

- 25 years of Plumbing Service and 12 years of management experience
- Over 25 years of customer service experience
- Proficient with Field Locate, Microsoft Office, Words and Excel
- Rough in, remodel, tenant improvement and finish work.
- Commercial and residential plumbing repair work

DocuSign Envelope ID: 67BC1E04-CC36-49A3-8BA7-CC9E5DE24BC7

- Knowledgeable in commercial water heaters as well as tank less water heaters.
- Knowledgeable in codes, laws, rules and regulations
- I take pride in solving problems and finding innovative solutions
- Dedicated to helping others
- Skilled in Heavy equipment operations
- Drain specialist and leak detection trained. Can operate high pressure equipment, camera and locate trained.

DocuSign Envelope ID: 67BC1E04-CC36-49A3-8BA7-CC9E5DE24BC7

# 2 - DIAGRAM OF HOUSE AND PLUMBING SYSTEM

DocuSign Envelope ID: 67BC1E04-CC36-49A3-8BA7-CC9E5DE24BC7

SKETCH1 - Main Level





Main Level



Plumbing Diagram

# 3 - DRAINGO REPORT AND PHOTOS

DocuSign Envelope ID: 67BC1E04-CC36-49A3-8BA7-CC9E5DE24BC7



DRAINGO OF MISSISSIPPI, LLC
6883 HWY 14, BRIGHTON, TN 38011
draingoplumbing@gmail.com
601-899-0000

# PLUMBING REPORT

**SUBJECT PROPERTY:**

| | |
|---|---|
| Name | William Griffin |
| Address | 128 Poplar St. |
| City, State, Zip | Gadsden, TN 38337 |

**Introduction:**

We performed a camera inspection at the above referenced property on the date noted. The purpose of this video inspection was to evaluate the condition of the homes sanitary drainage system and the following are our findings.

**System drains into:**  Septic Tank

**Foundation Type:**  Off Grade / Crawl Space    Cast Iron goes to septic tank and septic tank is under slab of porch. House is conventional

**Plumbing System Type:**  Plumbing system is comprised of both cast iron and PVC.

**ANALYSIS OF CAMERA INSPECTION ON:**  August 10, 2020

| OBSERVATIONS | LOCATIONS OBSERVED |
|---|---|
| Possible field line issue Broken going into septic tank. It's offset separated at the tank. | Under porch slab |
| The interior of the cast iron drainage line is extremely rough and jagged. | |



DocuSign Envelope ID: 67BC1E04-CC36-49A3-8BA7-CC9E5DE24BC7

DRAINGO OF MISSISSIPPI, LLC
6883 HWY 14, BRIGHTON, TN 38011
draingoplumbing@gmail.com
601-899-0000

**DAMAGE IDENTIFIED:**

**MASTER BATHROOM:**     Cabinet Damage or other wood damage

**CONCLUSION:**

We believe the existing pipes should be repaired.

 **Additional Comments:**
Only bathroom with Cast Iron.  It was grooved and deteriorated and we recommend replacing the Cast Iron. Much of the piping is PVC throughout the rest of the home.  Vent to Master Bathroom is Cast Iron and should be replaced.

**ESTIMATED COST TO RE-PLUMB SANITARY DRAIN LINES TO PVC:  $9,952.00**

Thanks for using our services,

Draingo Plumbing

All observations are the opinion of the Contractor.  Opinions are based on collected information and if new information becomes available the Contractor reserves the right to change this opinion.

DocuSign Envelope ID: 67BC1E04-CC36-49A3-8BA7-CC9E5DE24BC7

# **PICTURES WITH DESCRIPTIONS**



| PHOTO | DESCRIPTION |
|---|---|
| (photo 1) | 1. |
| (photo 2) | 2. |

| PHOTO | DESCRIPTION |
|---|---|
|  | 3. |
|  | 4. |

DocuSign Envelope ID: 67BC1E04-CC36-49A3-8BA7-CC9E5DE24BC7



5.

DocuSign Envelope ID: 67BC1E04-CC36-49A3-8BA7-CC9E5DE24BC7

# 4 - DRAINGO ESTIMATE

DocuSign Envelope ID: 67BC1E04-CC36-49A3-8BA7-CC9E5DE24BC7

# DRAINGO OF MISSISSIPPI

# ESTIMATE

**6883 HWY 14**

**BRIGHTON TN 38011**

**Phone: 601) 899-0000**

| INVOICE # | DATE |
|---|---|
| 9691803 | 6/9/2020 |

| CUSTOMER | | CUSTOMER ID | TERMS |
|---|---|---|---|
| | | 564 | |

USA DAMAGE RESPONSE TEAM
WILLIAM GRIFFIN
128 POPLAR ST
GADSDEN TN 38337

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| REMOVE AND SET ALL FIXTURES | 2 | 745.00 | 1,490.00 |
| CREATE ACCESS AND REMOVE CAST IRON PIPE | 16 | 45.00 | 720.00 |
| INSTALL SANITARY PIPE LABOR | 16 | 81.00 | 1,296.00 |
| TRASH CONTAINER | 1 | 900.00 | 900.00 |
| PREPARING PLANS, PLUMIBING PERMIT, INSPECTIONS AND SUBMISSIONS | 1 | 1,800.00 | 1,800.00 |
| SUPPORT HANGERS | 1 | 450.00 | 450.00 |
| TRAVEL TIME TO THE LOCATION | 4 | 100.00 | 400.00 |
| MATERIAL INCLUDING PVC SCH 40 PIPE AND FITTINGS | 3 | 150.00 | 450.00 |
| VENT STACK & WASTE ARM INSTALL | 2 | 823.00 | 1,646.00 |
| CUT CONCRETE, REMOVE AND DISCARD (APPROX FT) | 8 | 100.00 | 800.00 |
| | | | - |
| | | | - |
| | | | - |

*Thank you for your business!*

| | | |
|---|---|---|
| SUBTOTAL | | 9,952.00 |
| TAX RATE | | 0.000% |
| TAX | | - |
| **TOTAL** | $ | **9,952.00** |

If you have any questions about this invoice, please contact
**DGMS 601-899-0000 DRAINGOPLUMBING@GMAIL.COM**