**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION AT JACKSON**

| | | |
|---|---|---|
| **WILLIAM GRIFFIN AND BILLIE GRIFFIN,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case 1:21-cv-02818** |
| | ) | |
| **AMERICAN SELECT INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**EXPERT REPORT PURSUANT TO FED. R. CIV. P. 26(a)(2)**

A. Name and contact information for expert:

> **Sonya Jones (Licensed Plumber in Tennessee)**
> **6883 HWY 14**
> **Brighton, TN 38011**
> **(901) 493-1997**
> **sonya@draingoplumbing.com**
>> a. Complete statement of all opinions the witness will express and the basis and reasons for them;

**Based on my conversation with my Sr. Plumber Jimmy Rooker as well as my own background, training and experience, it is my opinion that:**

- **The plumbing system at the home has failed because of wear and tear, rust, deterioration, and corrosion, including scaling and channeling.**

- **These conditions have caused damage to the pipes.**

- **The failed plumbing system is not functioning as intended.**

- **To repair the specific points of the cast iron plumbing system from which water escaped, it is necessary to tear out and remove portions of the home to gain access to the entire failed cast iron plumbing system. No other method of repair is proper. A fix to only part of the failed plumbing system is not adequate or possible.**

b. The facts or data considered by the witness in forming them;

**Conversation with Sr. Plumber Jimmy Rooker:**

c. Any exhibits that will be used to summarize or support them;

- Videos and Photographs by **Draingo of Mississippi**
- Report by **Draingo of Mississippi**
- Estimate for Repairs by **Draingo of Mississippi**

d. The witness's qualifications, including a list of all publications authorized in the previous 10 years;

**See attached resume.**

e. A list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition;

**None.**

f. A statement of the compensation to be paid for the study and testimony in the case;

**$225/hour**

8/24/2022

_____
Sonya Jones

## CERTIFICATE OF SERVICE

I hereby certify that on August 25th, 2022, a true and correct copy of the foregoing was delivered to all counsel for parties at interest in this cause via U.S. mail and electronic mail:

**JAMES R. TOMKINS, 11161**
**SMITH & TOMKINS**
25 Century Boulevard, Suite 606

DocuSign Envelope ID: 4FB566FB-702B-42B1-BB35-8D204FB7AA66

Nashville, TN 37214
(615) 256-1280
jtomkins@smithtomkins.com

*Attorney for Defendant*

/s/ Alex S. Fisher_____
Alex S. Fisher (BPR #31391)
**MORGAN & MORGAN – NASHVILLE**

DocuSign Envelope ID: 4FB566FB-702B-42B1-BB35-8D204FB7AA66

1 - JONES RESUME

# SONYA JONES

MEMPHIS TN 901.493.7870
sonya@draingoplumbing.com

Experienced residential and commercial construction and plumbing since 1996

## EXPERIENCE

**DATES FROM – 2008 TO PRESENT**
**OWNER,** DRAINGO OF MS LLC
Plumbing manager overseeing plumbing installation of residential and commercial service. Hiring and training all employees.

**DATES FROM – 2002 TO 2008**
**MANAGER AND APPRENTICE PLUMBER,** DRAINGO LLC
• Managing and part of servicing and replacing hot water tanks, garbage disposals, pressure regulating valves, repair & replace toilets
• Fixing leaks and unclogging drains, install, repair/replace water supply lines, unclog sewer lines, repair/replace fixture drains/pipe threading
• Experience in all general plumbing

**DATES FROM – 1996 TO 2002**
**TEI CONSTRUCTION SERVICES INC.**
Providing on site construction services for the installation, repair, alteration and maintenance of boilers and boiler related equipment.

## EDUCATION

**2015**
**EARNED MASTER MECHANICAL LICENSE (CMC-A) IN MS**
**2016**
**EARNED MASTER MECHANICAL LICENSE (CMC-A) IN TN**

DocuSign Envelope ID: 4FB566FB-702B-42B1-BB35-8D204FB7AA66

# 2 - DIAGRAM OF HOUSE AND PLUMBING SYSTEM

DocuSign Envelope ID: 4FB566FB-702B-42B1-BB35-8D204FB7AA66





Office

Bathroom

Bath Closet (1)

Vanity (B3)

Dining Room

Cabinets (B1)

Oven (B4)

Kitchen

Laundry Room

LR Closet (1)

AC Closet

Cabinet (B5)

Office Closet (1)

BD 2 Closet (1)

Bedroom 2

Bedroom 1

Space

BD 1 Closet (1)

Living Room

Workshop



**Cast Iron Pipe**

**PVC**

Office

Bath Closet (1)

AC Closet

Office Closet (1)

BD 2 Closet (1)

Vanity (B3)

Bathroom

Dining Room

Oven (B4)

Cabinet (B1)

Kitchen

Cabinet (B5)

Laundry Room    LR Closet (1)

Bedroom 2

Bedroom 1

Space

BD 1 Closet (1)

Living Room

Workshop

N

**Plumbing Diagram**

DocuSign Envelope ID: 4FB566FB-702B-42B1-BB35-8D204FB7AA66

3 - DRAINGO REPORT AND PHOTOS



DRAINGO OF MISSISSIPPI, LLC
6883 HWY 14, BRIGHTON, TN 38011
draingoplumbing@gmail.com
601-899-0000

# PLUMBING REPORT

**SUBJECT PROPERTY:**

| | |
|---|---|
| Name | William Griffin |
| Address | 128 Poplar St. |
| City, State, Zip | Gadsden, TN 38337 |

**Introduction:**

We performed a camera inspection at the above referenced property on the date noted.  The purpose of this video inspection was to evaluate the condition of the homes sanitary drainage system and the following are our findings.

**System drains into:**          Septic Tank

**Foundation Type:**          Off Grade / Crawl Space

Cast Iron goes to septic tank and septic tank is under slab of porch. House is conventional

**Plumbing System Type:**          Plumbing system is comprised of both cast iron and PVC.

**ANALYSIS OF CAMERA INSPECTION ON:**   August 10, 2020

| OBSERVATIONS | LOCATIONS OBSERVED |
|---|---|
| Possible field line issue Broken going into septic tank.  It's offset separated at the tank. | Under porch slab |
| The interior of the cast iron drainage line is extremely rough and jagged. | |

DocuSign Envelope ID: 4FB566FB-702B-42B1-BB35-8D204FB7AA66



DRAINGO OF MISSISSIPPI, LLC
6883 HWY 14, BRIGHTON, TN 38011
draingoplumbing@gmail.com
601-899-0000

**DAMAGE IDENTIFIED:**

**MASTER BATHROOM:**          Cabinet Damage or other wood damage

**CONCLUSION:**

We believe the existing pipes should be repaired.

 **Additional Comments:**
Only bathroom with Cast Iron.  It was grooved and deteriorated and we recommend replacing the Cast Iron. Much of the piping is PVC throughout the rest of the home.  Vent to Master Bathroom is Cast Iron and should be replaced.

**ESTIMATED COST TO RE-PLUMB SANITARY DRAIN LINES TO PVC:  $9,952.00**

Thanks for using our services,

Draingo Plumbing

All observations are the opinion of the Contractor.  Opinions are based on collected information and if new information becomes available the Contractor reserves the right to change this opinion.

# <u>PICTURES WITH DESCRIPTIONS</u>

| PHOTO | DESCRIPTION |
|---|---|
|  | **1.** |
| | **2.** |



**3.**

| PHOTO | DESCRIPTION |
|-------|-------------|



**4.**



**5.**

DocuSign Envelope ID: 4FB566FB-702B-42B1-BB35-8D204FB7AA66

# 4 - DRAINGO ESTIMATE

DocuSign Envelope ID: 4FB566FB-702B-42B1-BB35-8D204FB7AA66

# DRAINGO OF MISSISSIPPI

# ESTIMATE

**6883 HWY 14**

**BRIGHTON TN 38011**

**Phone:   601) 899-0000**

| INVOICE # | DATE |
|---|---|
| **9691803** | **6/9/2020** |

| CUSTOMER |
|---|
| USA DAMAGE RESPONSE TEAM |
| WILLIAM GRIFFIN |
| 128 POPLAR ST |
| GADSDEN TN 38337 |

| CUSTOMER ID | TERMS |
|---|---|
| **564** | |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| REMOVE AND SET ALL FIXTURES | 2 | 745.00 | 1,490.00 |
| CREATE ACCESS AND REMOVE CAST IRON PIPE | 16 | 45.00 | 720.00 |
| INSTALL SANITARY PIPE LABOR | 16 | 81.00 | 1,296.00 |
| TRASH CONTAINER | 1 | 900.00 | 900.00 |
| PREPARING PLANS, PLUMBING PERMIT, INSPECTIONS AND SUBMISSIONS | 1 | 1,800.00 | 1,800.00 |
| SUPPORT HANGERS | 1 | 450.00 | 450.00 |
| TRAVEL TIME TO THE LOCATION | 4 | 100.00 | 400.00 |
| MATERIAL INCLUDING PVC SCH 40 PIPE AND FITTINGS | 3 | 150.00 | 450.00 |
| VENT STACK  & WASTE ARM INSTALL | 2 | 823.00 | 1,646.00 |
| CUT CONCRETE, REMOVE AND DISCARD (APPROX FT) | 8 | 100.00 | 800.00 |
| | | | - |
| | | | - |
| | | | - |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 9,952.00 |
| TAX RATE | 0.000% |
| TAX | - |
| **TOTAL** | **$ 9,952.00** |

If you have any questions about this invoice, please contact

**DGMS 601-899-0000 DRAINGOPLUMBING@GMAIL.COM**