## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION AT JACKSON

| | | |
|---|---|---|
| **WILLIAM GRIFFIN AND BILLIE GRIFFIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case 1:21-cv-02818** |
| | ) | |
| **AMERICAN SELECT INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## EXPERT REPORT PURSUANT TO FED. R. CIV. P. 26(a)(2)

A.  Name and contact information for expert:

**David Herring**
**WriteLoss, Inc./RiseDocument, Inc.**
**(850) 460-0238**
david@writeloss.com

a.  Complete statement of all opinions the witness will express and the basis and

reasons for them;

**Will present a list of damages and cost to repair damages based on inspection, measurements and photos taken during inspection by Joe Segarra on May 5, 2020.**

b.  The facts or data considered by the witness in forming them;

**Facts are gathered from data received from the plumber, inspection photos, inspection notes, and Xactimate estimating practices.**

c. Any exhibits that will be used to summarize or support them;

**Photos/videos of the Property, Plumbing Report and Estimate, Xactimate Estimate.**

d. The witness's qualifications, including a list of all publications authorized in the previous 10 years;

**See attached CV.**

e. A list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition;

**See attached CV.**

f. A statement of the compensation to be paid for the study and testimony in the case;

**$225.00/hour outside of deposition and court. $275.00/hour for deposition and court attendance.**

_____
**David Herring**

## CERTIFICATE OF SERVICE

I hereby certify that on August ___, 2022, a true and correct copy of the foregoing was delivered to all counsel for parties at interest in this cause via U.S. mail and electronic mail:

**JAMES R. TOMKINS, 11161**
**SMITH & TOMKINS**
25 Century Boulevard, Suite 606
Nashville, TN 37214
(615) 256-1280
jtomkins@smithtomkins.com

*Attorney for Defendant*

/s/ Alex S. Fisher
Alex S. Fisher (BPR #31391)
**MORGAN & MORGAN – NASHVILLE**

1 - HERRING CV



## EXECUTIVE SUMMARY

David Herring is the founder and President of WriteLoss, Inc. and owner of RiseDocument, Inc. The company and its related companies provided estimation services totaling $ 6.5 billion in property damage claims in 2017, $8.9 billion in claims in 2018 and $10.5 billion in claims in 2019. Mr. Herring serves a building consultant, senior estimator, testifying and non-testifying expert witness, an appraiser and as an umpire in the field of first party property damages claims. As the President of the company, David oversees the management staff and the field and estimating staff who generate the Xactimate reports and estimates the company generates for the clients the company serves. WriteLoss provides field inspection and estimating services on residential and commercial property damages claims to clients including public adjusters, attorneys and restoration and remediation contractors and to the residential and commercial customers that those clients serve. Mr. Herring has consulted on claims ranging from simple residential claims of $50,000 -$200,000 to commercial claims over $50 million. He has served as a testifying expert in federal court cases in New York, Virginia and Florida and as an expert witness in state court litigation throughout the United States but primarily Florida. David serves an appraiser for insured clients when appraisal is requested or required under an insurance policy and as an umpire to resolve disputes between appraisers.

## Professional Experience:

### WriteLoss Inc. - CEO / Founder – 2015 – Present

Oversees and manages a company that performs Xactimate claims estimation consulting services for contractors, adjusters and attorneys. The company provides claims estimation and consulting services and serves nearly 300 companies in North America. The company serves essential as a back office to the clients the company represents allowing the clients to outsource their Xactimate services and grow their businesses by handling more claim volume. WriteLoss manages the flow and volume of claims that these clients handle and outsource, by providing Xactimate estimating services for damaged properties in the aftermath of natural disasters such as hurricanes, fires and other similar types of occurrences. David Herring performs services as a loss consultant, as a non-testifying and testifying expert witness for attorneys, public adjusters and/or for insured clients whose claims have been denied or otherwise have not been paid and litigation is brought to recover from their insurance carriers.

### Building Consulting and Estimation Services 2007-2015

Developed business model and performed claim estimation and consulting services for contractors, adjusters and attorneys that ultimately became WriteLoss, Inc. Created services model that provided a means for customers to streamline and improve their Xactimate claims estimating and claims writing services, by outsourcing their work to an outside consultant with specialized Xactimate training and field knowledge and experience that most customers do not possess who write their own Xactimate estimates.

### CDT/ AMCAT GLOBAL – Construction Director / Florida CAT Director 2005-2009

Employed as a Construction Director at a large construction and disaster mitigation services company. As the Director, Mr. Herring built and maintained an arm of the company to produce $47 million annually in mitigation and construction Services.



**Direct Project Management and Estimation – 2001 – 2005**

Worked as a large loss management and estimation consultant who performed 100% field work.  Provided claims support to customers in the construction field for claims with a value of 10-30 million in estimation claims per year.


<u>**EDUCATION AND CERTIFICATIONS**</u>

- Bachelors in Business Management /Louisiana College, Pineville LA 1993

- Bachelors in English / Louisiana College, Pineville LA  1993

- Bolton Leadership Scholarship – Earned as an undergraduate for leadership activities.

- LEED Standards Origination Committee – Set standards for LEED certifications of commercial structures.

- Xactimate Certification 28 Certification Level 3


<u>**Litigation Expert History:**</u>

- Daniel Robles vs AIG (2014)

Fire claim which resulted from contractor damage.

Cohen and Grossman Attorneys at Law
350 N Lake Destiny Rd
Maitland FL 32751

**Designated as a testifying expert by Plaintiff's counsel.  Case settled prior to deposition of expert.**


- Ramada Inn Partners of TX vs Liberty Mutual (2015)

Testifying expert for the Plaintiff, specifically for the justification of the HVAC and roof damage components of the loss.

Shannon Loyd Law Firm PLLC
12703 Spectrum Drive STE 201
San Antonio Texas 78249
210-625-5945

**David Herring was deposed as Plaintiff's expert.  Case settled prior to trial.**


- Ronnie Phillips vs State Farm Insurance Company (2016) - Confidential Settlement in Effect

Expert for the Plaintiff's attorneys. Provided expert consulting and testimony after inspecting and assessing 61,000 State Farm files.  These files provided the basis of the complaint and subsequent settlement.

Osborn, Hine, Yates & Murphy LLC
3071 Lexington Ave



Cape Girardeau MO 63701

**Case settled prior to expert being deposed or testifying.**

- Korleski vs Ironshore Insurance Company  (2016-2018)

2016 Water damage claim underpayment claim for an 11,000 SF residential structure in rural North West Florida.  Non-testifying expert for Plaintiff's counsel, case was in litigation and in, court ordered appraisal when settlement was reached utilizing expert's damages calculations.

Michael Schofield, Esquire
Clark Partington
Office: (850) 432-9200 | Fax: (850) 432-7340
125 East Intendencia Street
Pensacola, Florida 32502
Email: mschofld@clarkpartington.com

**Case settled at mediation prior to David Herring being designated as expert witness.**

- 51 Greene Street Condominium v. Admiral Indemnity Company (2016 to present)

2016 Fire Loss with active litigation in Federal District Court for the Southern District of New York. Retained as testifying expert for the Plaintiff - estimation and expert reports submitted.  Deposition of David Herring as Plaintiff's expert witness was conducted on December 7, 2018.

Plaintiff's Counsel:
David Karel, Esq.
Wilkofsky, Friedman, Karel & Cummins
299 Broadway, 17th Floor
New York, New York 10007
(212) 285-0510
Email: dbkarel@wfkclaw.com

**The case settled through mediation.**

- Danville Commercial Industrial Storage v. Selective Insurance Company (2016 to 2020)

Roof collapse of commercial storage facility located in Danville, VA.  Retained as testifying expert for federal court litigation on behalf of the Plaintiff.  Estimation reports submitted.  Expert has not been deposed.

Anthony H. Monioudis, Esq.
341 Main Street, Suite 201
Danville, VA 24541
E-Mail: anthony@ahmplc.com

**Litigation was active in Federal Court in Virginia.  Expert reports were submitted for the litigation for**



**use by Plaintiff's counsel. David Herring was not deposed. The case settled at mediation.**

- Boyd vs. Universal Property (2017-2018)

2016 Windstorm damage claim being litigated for claim denial. Non-testifying expert of the Plaintiff's counsel.

Attorney Mitchell E. Jacobs
Mitchell E. Jacobs, PA
11931 SW 52 Street
Cooper City, FL 33330
(7860 271-6604
Email mitchell@mejpa.com

**Case settled at mediation prior to David Herring being designated as expert witness.**


- Hollywood Beach Resort Owners vs. Lloyd's of London (2018 to 2019)

Retained as building loss consultant and non-testifying expert for insured for Hurricane Irma Damage. Estimates were completed and submitted to the carrier in support of the claim for 522,000 square foot historic hotel and condominium on Hollywood Beach.

Javier Delgado, Attorney - Licensed in FL, TX, N.Y., D.C - Merlin Law Group
222 Lakeview Ave, Suite 1250
West Palm Beach, FL. 33401
Tel: (561) 855-2120
Fax: (561) 249-1283
JDelgado@merlinlawgroup.com

**Retained as testifying expert. Prepared expert reports for use by Plaintiff's counsel. Case settled at mediation prior to David Herring being deposed in the matter.**


- Hampton Palm Beach Condominium Association vs Travelers Insurance Company (2018 to 2019)

Retained as building loss consultant and testifying expert for insured for Hurricane Irma. Damage estimates were completed and submitted to the carrier in support of the claim for hurricane damage to the condominium.

Javier Delgado, Attorney - Licensed in FL, TX, N.Y., D.C.- Merlin Law Group
222 Lakeview Ave, Suite 1250
West Palm Beach, FL. 33401
Tel: (561) 855-2120
Fax: (561) 249-1283
JDelgado@merlinlawgroup.com

**Prepared expert reports for use by Plaintiff's counsel. Case settled at mediation prior to David Herring being deposed in the matter.**


- Collins vs Universal Property & Casualty (2018)

Residential fire loss.  Designated as testifying expert for the Plaintiff.

Tyler & Hamilton, P.A.
Midtown Centre, Building 4000
4811 Beach Boulevard, Suite 200
Jacksonville, Florida 32207
(904) 398.9999 Telephone
(904) 398.0806 Facsimile
tandhpa@bellsouth.net

**Prepared expert reports for use by Plaintiff's counsel.  Case settled at mediation prior to David Herring being deposed in the matter.**

- Maywalt vs AIG (2018)

Completed litigation in Midlothian Virginia. Retained as testifying expert for the Plaintiff - estimation and reports submitted.  Case settled prior to expert being deposed.
.
Nicholas H. Hantzes
Hantzes & Associates
1749 Old Meadow Road
Suite 308
McLean, Virginia  22102
(703) 378-5000
(703) 448-4434 (fax)
Hantzeslaw.com (website)

- Prime Alliance/Palm Springs Mile/ Palm Springs Lake Worth v. Employers Insurance Company of Wausau
   (2018 to 2020)

Retained as a loss consultant for a public adjuster for two large commercial claims for damages to two outdoor shopping mall properties damaged from Hurricane Irma.  Also retained by owner of properties on a limited basis to perform aerial thermography and write reports in support of roof damage claims asserted by the public adjuster.

Frank Winston, Esquire – Plaintiff's Counsel
Frank P. Winston, Esq.
Lerner, Arnold & Winston, LLP
475 Park Avenue South, 28th Fl.
New York, New York 10016
(212) 686-4655
Fax (212) 532-3301
fwinston@lawpartnersllp.com

**David Herring was deposed at an Examination under Oath (EUO) as a representative of the insured. The deposition was held on July 18, 2019.  There was dispute during the deposition whether the deposition was a EUO, or the deposition of an expert witness.  The case settled prior to David Herring being designated as Plaintiff's expert witness.**

- Winston Towers 600 Condominium Association, Inc. v. Westchester Surplus Lines, et al et al (2018 to


2019)

Retained as a loss consultant for a public adjuster for condominium building damaged from Hurricane Irma.

Joshua Solomon
Florida Public Adjusting, Inc.
2020 NE 163rd Street, Suite 103
North Miami Beach, FL 33162
josh@flapublicadjusting.com
786-537-7753

**David Herring was not designated as Plaintiff's expert witness. The case settled at mediation prior to David Herring being designated as an expert witness.**


- Redeeming Word Church v. Arch Specialty Insurance Company (2019 to 2020)

Retained as a loss consultant for a public adjuster for condominium building damaged from Hurricane Irma.

Wade Tutt
Paramount Loss Adjusting, Inc.
430 Erie Street
Suite 601
Chicago, IL 60654
wtutt@paramountadjusting.com

**David Herring was not designated as Plaintiff's expert witness by Plaintiff's counsel. The case settled at mediation prior to David Herring being designated as an expert witness.**


- Cameron School District v. Oklahoma School Insurance Group (2019 to present)

Retained as expert for Plaintiff's counsel for state court litigation in Oklahoma for a fire loss claim which has not been properly paid by the insurance carrier.

Mark Engel, Esq.
Mansell, Engel and Cole
204 N. Robinson Ave., 21st Floor
Oklahoma City, OK 73102

David Herring was deposed as Plaintiff's corporate representative providing testimony at an Examination Under Oath (EUO) by the Insured. David Herring has prepared expert reports for use by Plaintiff's counsel. David Herring testified as Plaintiff's expert witness. The case was settled during a jury trial when David Herring was scheduled to testify as Plaintiff's expert witness. The jury was read David Herring's expert witness deposition testimony and the case settled just prior to his testimony as Plaintiff's expert witness at trial.


- All Repair and Restoration dba ALL DRY USA Assignment of Benefits from Marianna Glass Company v. Ohio Insurance Company (2020 to present)

Consumer Law Office
Mordechai Breier, Esq.



**David Herring, Building Consultant**
**RiseDocument, Inc.**
**Curriculum Vitae**

633 N.E. 167 Street
Suite 725
North Miami Beach, FL 33162
mlb@myconsumerlawoffice.com
(305) 940-0924

**Retained as expert witness for the Plaintiff in a case in Federal Court for the Northern District of Florida. David Herring has prepared expert reports for use by Plaintiff's counsel. Expert has not yet been deposed in the matter. Litigation is ongoing.**

- Shirkmere Apartment Building v. Chubb Insurance Company (2019 to present)

Retained as expert for Plaintiff's counsel for state court litigation in Wichita, Kansas for a fire loss claim which has not been properly paid by the insurance carrier.

Russ Hazlewood, Esq.
Graybill & Hazlewood LLC
218 N. Mosley Street
Wichita, KS 67202
info@graybillhazlewood.com
316-266-4058

**David Herring's company representatives prepared expert reports for use by Plaintiff's counsel. Expert has not yet been deposed in the matter. Litigation is ongoing and the matter is set for trial.**

- Jones v. Federated National Insurance Company (2019 to present)

Retained as expert for Plaintiff's counsel for state court litigation in Florida. Case involves a covered insurance claim from Hurricane Michael.

Chris Aguirre, Esq.
Insurance Litigation Group, P.A.
1500 NE 162nd Street
North Miami, FL 33162
chris@ilgpa.com
786-529-0090

**David Herring's e company representatives prepared expert reports for use by Plaintiff's counsel. Expert has not yet been deposed in the matter. Litigation is ongoing.**

- Saltwater Sol Hospitality LLC v. Westchester Surplus Lines Insurance Company (2019 to present)

Retained as expert for Plaintiff's counsel for Federal court litigation in Northern District of Florida. Case involves a covered commercial insurance claim from Hurricane Michael.

Chris Aguirre, Esq.
Insurance Litigation Group, P.A.
1500 NE 162nd Street
North Miami, FL 33162
chris@ilgpa.com
786.529.0090



**David Herring's company representatives prepared expert reports for use by Plaintiff's counsel. Expert has not yet been deposed in the matter. Litigation is ongoing.**

- Jesus and Maria Valdes v. Safepoint Insurance Company (2019 to present)

Retained as expert for Plaintiff's counsel for state court litigation in Florida. Case involves a covered insurance claim from Hurricane Irma. Litigation is ongoing.

Mario Molina, Esq.
MAS Law Firm / Property Litigation Group
9500 S Dadeland Blvd #701
Miami, FL 33156
mm@maslawyersfl.com
305.506.4746

**David Herring's company representatives prepared expert reports for use by Plaintiff's counsel. Expert was deposed in the matter on April 8, 2021. Litigation is ongoing.**

- Longino Ramirez v. Citizens Property Insurance Company

Retained as expert for Plaintiff's counsel for state court litigation in Florida. Case involves a covered insurance claim from Hurricane Irma.

Mario Molina, Esq.
MAS Law Firm / Property Litigation Group
9500 S Dadeland Blvd #701
Miami, FL 33156
mm@maslawyersfl.com
305.506.4746

**David Herring's company representatives prepared expert reports for use by Plaintiff's counsel. Expert was deposed in the matter on November 8, 2020. Case was settled.**

- Venetian Terrace Condominium Association v. America Coastal Insurance Company

Retained as expert for Plaintiff's counsel for state court litigation in Florida. Case involves a covered insurance claim from Hurricane Irma.

Brett Schlacter, Esq.
Schlacter Law
1108 Kane Concourse, Suite 305
Bay Harbor Islands, FL 33154
bls@sclaterlaw.com
305.999.1111

**David Herring's corporate representatives inspected the property and prepared expert reports for use by Plaintiff's counsel. Litigation is ongoing. Expert depositions have not been taken yet.**

- Pat Borrico v. Heritage Property and Casualty Company


Retained as expert for Plaintiff's counsel for state court litigation in Florida. Case involves a covered insurance claim from Hurricane Irma.

Javier Delgado, Esq.
Merlin Law Group, P.A.
222 Lakeview Ave, Suite 1250
West Palm Beach, FL 33401
jdelgado@merlinlawgroup.com
561.855.2120

**David Herring's corporate representatives inspected the property and prepared expert reports for use by Plaintiff's counsel. Litigation is ongoing. Expert depositions have not been taken yet.**

- Merlin Law / Virgin Islands v. WAPA

Retained as expert for Plaintiff's counsel for litigation. Case involves a covered insurance claim from Hurricane Maria.

Javier Delgado, Esq.
Merlin Law Group, P.A.
222 Lakeview Ave, Suite 1250
West Palm Beach, FL 33401
jdelgado@merlinlawgroup.com
561.855.2120

**David Herring inspected the property and prepared expert reports for use by Plaintiff's counsel. Litigation is ongoing. Expert depositions have not been taken yet.**

- Schneider, Jonathan vs. Heritage Property and Casualty Insurance Company

Retained as expert for Plaintiff's counsel for state court litigation in Florida. Case involves a covered insurance claim from Hurricane Irma.

Chris Aguirre, Esq.
Insurance Litigation Group, P.A.
1500 NE 162nd Street
North Miami, FL 33162
chris@ilgpa.com
786.529.0090

**David Herring inspected the property and prepared expert reports for use by Plaintiff's counsel. Case is settled.**

- Gary Drain v. DR Horton Homes 20ca406

Retained as expert for Plaintiff's counsel for state court litigation in Florida. Case involves a covered insurance claim from Hurricane Irma.



Matt Landau
The Landau Law Group, P.A.
1200 North Federal Highway, Ste. 200
Boca Raton, FL 33432
joan@thelandaulawgroup.com
www.Thelandaulawgroup.com
Office Phone: (954) 964-0900
Mobile Phone: (561) 246-9890

**David Herring inspected the property and prepared expert reports for use by Plaintiff's counsel. Litigation is ongoing. Expert depositions have not been taken yet.**

- Jammie McCullers & Arthur Tetrault v. Family Security Insurance Company

Retained as expert for Plaintiff's counsel for state court litigation in Florida.  Case involves a covered insurance claim from Hurricane Michael.

Chris Aguirre, Esq.
Insurance Litigation Group, P.A.
1500 NE 162nd Street
North Miami, FL 33162
chris@ilgpa.com
786.529.0090

**David Herring inspected the property and prepared expert reports for use by Plaintiff's counsel. Litigation is ongoing. Expert depositions have not been taken yet.**

- Katherine Stange

Retained as pre-suit loss consultant regarding a Hurricane Michael claim. It is anticipated David Herring will serve as expert witness once litigation has commenced and prepare pre-suit damage estimate for use in settlement.

Stephen G. Mortimer
Rahdart & Mortimer, PLLC
535 Central Avenue
St. Petersburg, FL 33701
smortimer@rahdertlaw.com
727-823-4191

- Patrick Rezende v. Avatar Property & Casualty Insurance Company

Retained as expert for Plaintiff's counsel for state court litigation in Florida.  Case involves a covered insurance claim from Hurricane Michael.

Paul M. Núñez, Esq.
Rodriguez Tramont & Núñez, P.A.
255 Alhambra Circle, Suite 1150
Coral Gables, Florida 33134



**David Herring, Building Consultant**
**RiseDocument, Inc.**
**Curriculum Vitae**

Telephone: 305-350-2300
Facsimile: 305-350-2525

**David Herring's corporate representative inspected the property and prepared expert reports for use by Plaintiff's counsel. Litigation is ongoing. Expert depositions have not been taken yet.**

- Estates of Fort Lauderdale Property Owners Association v. Indian Harbor Insurance Company

Retained as expert for Plaintiff's counsel for federal court litigation in Florida. Case involves a covered insurance claim from Hurricane Irma. The case was settled.

Mario Molina, Esq.
MAS Law Firm / Property Litigation Group
9500 S Dadeland Blvd #701
Miami, FL 33156
mm@maslawyersfl.com
305.506.4746

**David Herring's corporate representative prepared expert reports for use by Plaintiff's counsel. Expert was deposed in the matter on September 23, 2021. Case was settled.**

- William and Mary Paulchek v. Tudor Insurance Company

Retained as expert for Plaintiff's counsel for federal court litigation in Florida. Case involves a covered insurance claim from Hurricane Sally. Litigation is ongoing.

Yisreol Silverman, Esq.
Insurance Litigation Group, P.A.
1500 NE 162 Street
Miami, FL 33162
yisreol@ilgpa.com
786.529.0090

**David Herring's corporate representative prepared expert reports for use by Plaintiff's counsel. Expert was deposed in the matter on February 7, 2022. Litigation is ongoing.**

- Ronny Kent v. Security First Insurance Company

Retained as expert for Plaintiff's counsel for state court litigation in Florida. Case involves a covered insurance claim from Hurricane Michael. Litigation is ongoing.

H. Lawrence Perry, Esq.
Perry & Young, P.A.
200 Harrison Ave
Panama City, FL 32401
lperry@perry-young.com
850.215.7777

**David Herring's corporate representative prepared expert reports for use by Plaintiff's counsel. Expert was deposed in the matter on February 16, 2022. Litigation is ongoing.**


- Ronald Jurgonski v. State Farm Florida Insurance Company

Retained as expert for Plaintiff's counsel for state court litigation in Florida. Case involves a covered insurance claim. Litigation is ongoing.

Milton B. Grey, Esq.
Insurance Litigation Group, P.A.
1500 NE 162 Street
Miami, FL 33162
milton@ilgpa.com
786.529.0090

**David Herring inspected the property and prepared expert reports for use by Plaintiff's counsel. David Herring was deposed as Plaintiff's expert. Case is settled.**

Chinese Drywall Litigation (active)
Gharib et al v. Knauf Gips KG et al, 2:20-cv-03264-EEF-MBN, in the Eastern District of New Orleans, Louisiana. Retained as expert for two Chinese drywall claims in Louisiana.

Crull, Castaing and Lilly
601 Poydras Street, Suite 2323,
New Orleans, LA 70130
pcastaing@cclhlaw.com
504.442.1699

**Expert reports are in the process of being prepared for use by Plaintiff's counsel. Litigation is ongoing. Expert depositions have not been taken yet.**

First Party Insurance Claims involving Cast Iron Pipe Leaks Resulting Damages Litigation (active)
Jeffrey D. DeCarlo
Attorney at Law
The Nation Law Firm
570 Crown Oak Centre Drive
Longwood, FL 32750
Phone: (407) 339-1104
Fax: (321) 388-9877
www.nationlaw.com

**David Herring is a damages expert for Plaintiff's counsel in a number of first party property insurance claims involving cast iron pipe leak claims in state and federal court in Florida and throughout the United States. David Herring corporate representative(s) has/have prepared reports for use by Plaintiff's counsel that David Herring has reviewed. He has not yest testified in any of these cases at deposition or at trial but expects to do so in the future.**

## Licenses

- Florida Certified Adjuster
- Certified Appraiser & Umpire - Insurance Fellow for Appraisal & Umpire
- WI Dwelling / General Contractor #DC-022200139
- PA Home Restoration Contractor# PA169051



- OSHA 1926 Construction Silica Safety Certification

**Notable Publications and Speaking Engagements:**

- "What Makes a Great Public Adjuster" - posted on Merlin Law Blog and Georgia Public Adjuster's Association (2016). https://www.propertyinsurancecoveragelaw.com/2015/04/articles/insurance/characteristics-of-the-best-public-adjusters/

- "Estimation and Expert Support of Large Loss Claims" Ongoing speaking series for DRI Inc. Large Loss classes (2017-2018).

- Restoration 2.0 Founder - Founding member of a large organization of industry professionals who focus on servicing the insured through ethical and strict guidelines.

- Matterport ™ Three Dimensional Imagery – Press Release and Interview and link to David Herring/WriteLoss, Inc. as market maker for Matterport ™ technology in the insurance claims industry as featured in Business Insider (2018) https://www.prnewswire.com/news-releases/matterports-innovative-3d-reality-capture-technology-helps-protect-valuable-property-investments-300571176.html

- "Labor Burden" White Paper – Hurricane Michael – https://www.dropbox.com/s/ke6lsspewpb2hzd/Hurricane%20Michael%20white%20Paper%20copy.pdf?dl=0 (2019)

**REFERENCES** – **See Attorney references by case. Additional references will be provided upon request.**

2 - ESTIMATE AND PHOTOS



## USA DAMAGE RESPONSE TEAM

1450 Madruga Ave. Suite 407 Coral Gables, FL
www.usadamageresponse.com

| | | | |
|---|---|---|---|
| Insured: | William Griffin | Home: | (731) 420-1402 |
| Property: | 128 Poplar St | | |
| | Gadsden, TN 38337 | | |
| | | | |
| Claim Rep.: | USA Damage Response Team | Business: | (305) 662-6092 |
| | | E-mail: | estimates@usadamageresponse.com |
| | | | |
| Estimator: | WriteLoss, Inc. | Business: | (850) 460-0238 |
| | | E-mail: | info@writeloss.com |

**Claim Number:**                **Policy Number:**                **Type of Loss:** Residential

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | 5/5/2020 12:00 AM | Date Entered: | 10/21/2020 5:33 AM |
| | | | |
| Price List: | TNJA8X_OCT20 | | |
| | Restoration/Service/Remodel | | |
| Estimate: | GRIFFIN_USA_DAMAGE1 | | |

• **Estimate Information** •

**Estimate Grand Total: $102 681.76**

**Link to 3D walk through: Main House**
http://tiny.cc/mbsioz

**Link to 3D walk through:  Workshop**
http://tiny.cc/sdsioz

**GRIFFIN_USA_DAMAGE1**

### Plumbing Estimate

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **1. Plumbing Estimate*** | **1.00 EA** | **9,952.00** | **0.00** | **0.00** | **9,952.00** | **(0.00)** | **9,952.00** |
| **Totals: Plumbing Estimate** | | | **0.00** | **0.00** | **9,952.00** | **0.00** | **9,952.00** |

### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 2. Roofer - per hour | 4.00 HR | 71.41 | 0.00 | 57.12 | 342.76 | (0.00) | 342.76 |
| 3. R&R Metal roofing - corrugated - 26 gauge | 64.00 SF | 3.78 | 7.36 | 49.86 | 299.14 | (44.99) | 254.15 |
| 4. Roofing felt - 15 lb. | 1.00 SQ | 18.81 | 0.54 | 3.86 | 23.21 | (14.52) | 8.69 |
| 5. R&R Flashing - pipe jack - lead | 1.00 EA | 60.07 | 3.73 | 12.76 | 76.56 | (25.12) | 51.44 |
| 6. Flashing - pipe jack - lead | 1.00 EA | 54.87 | 3.73 | 11.72 | 70.32 | (25.12) | 45.20 |
| 7. Prime & paint roof jack | 2.00 EA | 32.86 | 1.40 | 13.42 | 80.54 | (4.47) | 76.07 |
| **Totals: Roof** | | | **16.76** | **148.74** | **892.53** | **114.22** | **778.31** |

### Exterior

#### Rear Porch

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. R&R Concrete slab on grade - 8" - finished in place | 1,086.58 SF | 9.55 | 377.15 | 2,150.80 | 12,904.79 | (670.11) | 12,234.68 |
| 9. General Laborer - per hour | 32.00 HR | 33.06 | 0.00 | 211.58 | 1,269.50 | (0.00) | 1,269.50 |
| Grading dirt and pouring new concrete. | | | | | | | |
| 10. Backhoe loader and operator | 12.00 HR | 83.70 | 0.00 | 200.88 | 1,205.28 | (0.00) | 1,205.28 |
| **Totals: Rear Porch** | | | **377.15** | **2,563.26** | **15,379.57** | **670.11** | **14,709.46** |

#### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 11. R&R Brick veneer | 504.00 SF | 14.92 | 190.66 | 1,542.08 | 9,252.42 | (457.91) | 8,794.51 |
| 12. Vinyl window - Detach & reset | 4.00 EA | 82.75 | 2.71 | 66.74 | 400.45 | (0.00) | 400.45 |
| 13. R&R Wrap wood window frame & trim with aluminum sheet | 4.00 EA | 149.15 | 15.56 | 122.44 | 734.60 | (102.89) | 631.71 |


**CONTINUED - Rear Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 14.  R&R Stud wall - 2" x 4" - 16" oc | 240.00 SF | 2.68 | 35.33 | 135.70 | 814.23 | (21.34) | 792.89 |
| 15.  Metal roofing - Detach & reset | 240.00 SF | 3.00 | 3.28 | 144.66 | 867.94 | (0.00) | 867.94 |
| 16.  Carpenter - General Framer - per hour | 16.00 HR | 49.84 | 0.00 | 159.48 | 956.92 | (0.00) | 956.92 |
| **Totals:  Rear Elevation** | | | **247.54** | **2,171.10** | **13,026.56** | **582.14** | **12,444.42** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  R&R Brick veneer | 246.00 SF | 14.92 | 93.06 | 752.68 | 4,516.06 | (223.50) | 4,292.56 |
| 18.  Shutters - Detach & reset | 2.00 EA | 20.00 | 0.00 | 8.00 | 48.00 | (0.00) | 48.00 |
| 19.  Vinyl window - Detach & reset | 2.00 EA | 82.75 | 1.36 | 33.38 | 200.24 | (0.00) | 200.24 |
| 20.  R&R Wrap wood window frame & trim with aluminum sheet | 2.00 EA | 149.15 | 7.78 | 61.22 | 367.30 | (51.45) | 315.85 |
| **Totals:  Left Elevation** | | | **102.20** | **855.28** | **5,131.60** | **274.95** | **4,856.65** |

### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 21.  R&R Brick veneer | 389.00 SF | 14.92 | 147.16 | 1,190.22 | 7,141.26 | (353.43) | 6,787.83 |
| 22.  Shutters - Detach & reset | 3.00 EA | 20.00 | 0.00 | 12.00 | 72.00 | (0.00) | 72.00 |
| 23.  Vinyl window - Detach & reset | 5.00 EA | 82.75 | 3.39 | 83.44 | 500.58 | (0.00) | 500.58 |
| 24.  R&R Wrap wood window frame & trim with aluminum sheet | 5.00 EA | 149.15 | 19.45 | 153.06 | 918.26 | (128.62) | 789.64 |
| 25.  Gutter / downspout - Detach & reset | 20.00 LF | 2.50 | 0.00 | 10.00 | 60.00 | (0.00) | 60.00 |
| 26.  Mason - Brick / Stone - per hour | 8.00 HR | 65.00 | 0.00 | 104.00 | 624.00 | (0.00) | 624.00 |
| 27.  Carpenter - General Framer - per hour D&R Wood Ramp | 16.00 HR | 49.84 | 0.00 | 159.48 | 956.92 | (0.00) | 956.92 |
| 28.  Carpenter - General Framer - per hour D&R Columns | 6.00 HR | 49.84 | 0.00 | 59.80 | 358.84 | (0.00) | 358.84 |
| 29.  R&R 1" x 6" lumber (.5 BF per LF) | 32.00 LF | 2.79 | 2.78 | 18.42 | 110.48 | (2.32) | 108.16 |
| 30.  R&R Fascia - metal - 6" | 32.00 LF | 3.98 | 4.68 | 26.42 | 158.46 | (24.88) | 133.58 |
| **Totals:  Front Elevation** | | | **177.46** | **1,816.84** | **10,900.80** | **509.25** | **10,391.55** |



### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 31. R&R Brick veneer | 297.00 SF | 14.92 | 112.36 | 908.74 | 5,452.34 | (269.84) | 5,182.50 |
| 32. Shutters - Detach & reset | 1.00 EA | 20.00 | 0.00 | 4.00 | 24.00 | (0.00) | 24.00 |
| 33. Vinyl window - Detach & reset | 1.00 EA | 82.75 | 0.68 | 16.70 | 100.13 | (0.00) | 100.13 |
| 34. R&R Wrap wood window frame & trim with aluminum sheet | 1.00 EA | 149.15 | 3.89 | 30.60 | 183.64 | (25.73) | 157.91 |
| 35. General Laborer - per hour | 1.00 HR | 33.06 | 0.00 | 6.62 | 39.68 | (0.00) | 39.68 |
| D&R Window A/C unit from wall. | | | | | | | |

| | | | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Right Elevation** | | | 116.93 | 966.66 | 5,799.79 | 295.57 | 5,504.22 |
| **Total: Exterior** | | | 1,021.28 | 8,373.14 | 50,238.32 | 2,332.02 | 47,906.30 |

### SKETCH1

### Main Level



| Bathroom | | Height: 8' |
|---|---|---|
| 307.17 SF Walls | 73.83 SF Ceiling | |
| 381.00 SF Walls & Ceiling | 73.83 SF Floor | |
| 8.20 SY Flooring | 38.40 LF Floor Perimeter | |
| 38.40 LF Ceil. Perimeter | | |



| Subroom: Bath Closet (1) | | Height: 8' |
|---|---|---|
| 92.00 SF Walls | 7.64 SF Ceiling | |
| 99.64 SF Walls & Ceiling | 7.64 SF Floor | |
| 0.85 SY Flooring | 11.50 LF Floor Perimeter | |
| 11.50 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Mitigation** | | | | | | | |
| 36. Clean floor - Heavy | 81.47 SF | 0.45 | 0.08 | 7.36 | 44.10 | (0.00) | 44.10 |
| 37. Clean stud wall - Heavy | 32.00 SF | 0.76 | 0.06 | 4.88 | 29.26 | (0.00) | 29.26 |
| 38. Apply plant-based anti-microbial agent to more than the floor | 113.47 SF | 0.21 | 0.55 | 4.88 | 29.26 | (0.00) | 29.26 |
| **Walls** | | | | | | | |
| 39. R&R Batt insulation - 4" - R13 - paper / foil faced | 32.00 SF | 0.88 | 1.47 | 5.94 | 35.57 | (0.80) | 34.77 |
| 40. R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | 2.13 | 1.59 | 13.94 | 83.69 | (1.99) | 81.70 |


**CONTINUED - Bathroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 41. Scrape part of the walls & prep for paint | 147.92 SF | 0.60 | 0.14 | 17.78 | 106.67 | (5.93) | 100.74 |
| 42. Texture drywall - light hand texture | 179.92 SF | 0.54 | 0.88 | 19.62 | 117.66 | (3.27) | 114.39 |
| 43. Seal part of the walls w/latex based stain blocker - one coat | 179.92 SF | 0.56 | 1.23 | 20.40 | 122.39 | (6.80) | 115.59 |
| 44. Paint part of the walls - two coats | 179.92 SF | 0.88 | 3.51 | 32.36 | 194.20 | (10.79) | 183.41 |
| 45. R&R Ceramic/porcelain tile | 219.25 SF | 10.52 | 99.62 | 481.22 | 2,887.35 | (70.48) | 2,816.87 |
| 46. R&R 1/2" Cement board | 219.25 SF | 3.54 | 27.79 | 160.78 | 964.72 | (22.27) | 942.45 |
| 47. R&R Ceramic tile - bullnose - 3/4" x 6" | 53.90 LF | 7.54 | 13.09 | 83.90 | 503.39 | (11.18) | 492.21 |
| 48. R&R Light fixture - wall sconce | 1.00 EA | 90.50 | 5.49 | 19.20 | 115.19 | (13.47) | 101.72 |
| 49. R&R Bathroom mirror - w/metal frame - surface mtd. - Std grd | 12.67 SF | 17.43 | 12.30 | 46.64 | 279.78 | (54.05) | 225.73 |
| 50. R&R Window blind - PVC - 1" - up to 7 SF | 1.00 EA | 48.98 | 1.33 | 10.04 | 60.35 | (25.72) | 34.63 |
| 51. R&R Toilet paper holder | 1.00 EA | 25.39 | 1.21 | 5.32 | 31.92 | (2.29) | 29.63 |
| 52. R&R Switch | 1.00 EA | 16.04 | 0.19 | 3.24 | 19.47 | (1.50) | 17.97 |
| 53. R&R Outlet | 1.00 EA | 15.67 | 0.16 | 3.16 | 18.99 | (1.45) | 17.54 |
| 54. R&R Towel bar | 1.00 EA | 29.04 | 1.47 | 6.10 | 36.61 | (2.59) | 34.02 |
| 55. R&R Bathroom ventilation fan | 1.00 EA | 92.77 | 4.36 | 19.44 | 116.57 | (25.24) | 91.33 |
| 56. R&R Bath accessory | 1.00 EA | 28.12 | 1.47 | 5.92 | 35.51 | (2.59) | 32.92 |
| 57. R&R Shower curtain rod | 1.00 EA | 30.34 | 1.60 | 6.38 | 38.32 | (2.73) | 35.59 |
| 58. R&R Crown molding - 2 1/4" | 49.90 LF | 3.04 | 5.06 | 31.38 | 188.14 | (4.40) | 183.74 |
| 59. Stain & finish crown molding | 49.90 LF | 1.55 | 0.88 | 15.66 | 93.89 | (5.22) | 88.67 |
| 60. Mask and prep for paint - plastic, paper, tape (per LF) | 49.90 LF | 1.30 | 1.26 | 13.24 | 79.37 | (4.40) | 74.97 |
| **Cabinetry** | | | | | | | |
| 61. R&R Vanity | 5.00 LF | 188.52 | 77.51 | 204.04 | 1,224.15 | (99.24) | 1,124.91 |
| 62. R&R Countertop - flat laid plastic laminate | 5.00 LF | 37.48 | 12.68 | 40.02 | 240.10 | (61.36) | 178.74 |
| 63. R&R Cabinet hinge - surface mount | 4.00 EA | 5.60 | 0.86 | 4.66 | 27.92 | (4.90) | 23.02 |
| 64. Cabinet knob or pull | 2.00 EA | 6.59 | 0.69 | 2.78 | 16.65 | (3.47) | 13.18 |
| **Plumbing** | | | | | | | |
| 65. Material Only Sink - single | 1.00 EA | 157.04 | 15.31 | 34.46 | 206.81 | (17.23) | 189.58 |
| 66. Material Only Sink strainer and drain assembly | 1.00 EA | 17.99 | 1.75 | 3.96 | 23.70 | (0.99) | 22.71 |
| 67. Material Only Sink faucet - Bathroom | 1.00 EA | 132.97 | 12.96 | 29.20 | 175.13 | (36.48) | 138.65 |
| 68. Material Only Plumbing fixture supply line | 3.00 EA | 5.98 | 1.75 | 3.94 | 23.63 | (4.93) | 18.70 |
| 69. Material Only Angle stop valve | 3.00 EA | 7.19 | 2.10 | 4.74 | 28.41 | (1.19) | 27.22 |
| 70. Material Only P-trap assembly - ABS (plastic) | 1.00 EA | 6.04 | 0.59 | 1.32 | 7.95 | (1.33) | 6.62 |


**CONTINUED - Bathroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. Material Only Toilet | 1.00 EA | 266.29 | 25.96 | 58.46 | 350.71 | (9.75) | 340.96 |
| 72. Material Only Toilet seat | 1.00 EA | 31.47 | 3.07 | 6.92 | 41.46 | (19.19) | 22.27 |
| 73. Material Only Toilet flange | 1.00 EA | 70.53 | 6.88 | 15.48 | 92.89 | (15.49) | 77.40 |
| 74. Material Only Bathtub | 1.00 EA | 403.20 | 39.31 | 88.50 | 531.01 | (44.25) | 486.76 |
| 75. Material Only Tub/shower faucet | 1.00 EA | 140.00 | 13.65 | 30.74 | 184.39 | (38.41) | 145.98 |
| 76. Material Only Shower head only | 1.00 EA | 30.50 | 2.97 | 6.70 | 40.17 | (8.37) | 31.80 |
| **Floor** | | | | | | | |
| 77. Remove Vinyl tile | 81.47 SF | 0.84 | 0.00 | 13.68 | 82.11 | (0.00) | 82.11 |
| 78. Vinyl tile | 93.69 SF | 3.07 | 19.82 | 61.48 | 368.93 | (30.74) | 338.19 |
| 15% Waste | | | | | | | |
| 79. Floor preparation for resilient flooring | 81.47 SF | 0.42 | 0.79 | 7.00 | 42.01 | (3.50) | 38.51 |
| 80. Embossing leveler for vinyl flooring | 81.47 SF | 0.77 | 2.62 | 13.06 | 78.41 | (6.53) | 71.88 |
| **Doors & Windows** | | | | | | | |
| 81. R&R Shower door | 1.00 EA | 355.04 | 27.28 | 76.48 | 458.80 | (44.25) | 414.55 |
| 82. Interior door - Detach & reset - slab only | 2.00 EA | 13.24 | 0.00 | 5.30 | 31.78 | (0.00) | 31.78 |
| 83. Stain & finish door slab only (per side) | 4.00 EA | 53.76 | 3.08 | 43.62 | 261.74 | (14.55) | 247.19 |
| 84. R&R Door opening (jamb & casing) - 32"to36"wide - paint grade | 2.00 EA | 128.08 | 18.09 | 54.86 | 329.11 | (8.83) | 320.28 |
| 85. Stain & finish door/window trim & jamb (per side) | 4.00 EA | 37.65 | 2.17 | 30.56 | 183.33 | (10.18) | 173.15 |
| 86. R&R Window trim set (casing & stop) | 10.67 LF | 4.39 | 2.35 | 9.86 | 59.05 | (1.51) | 57.54 |
| 87. Stain & finish trim | 10.67 LF | 1.45 | 0.20 | 3.14 | 18.81 | (1.04) | 17.77 |
| **Misc.** | | | | | | | |
| 88. Content Manipulation charge - per hour | 2.00 HR | 33.06 | 0.00 | 13.22 | 79.34 | (0.00) | 79.34 |
| 89. Protect contents - Cover with plastic | 81.47 SF | 0.16 | 0.48 | 2.70 | 16.22 | (0.00) | 16.22 |
| 90. Final cleaning - construction - Residential | 81.47 SF | 0.18 | 0.00 | 2.94 | 17.60 | (0.00) | 17.60 |
| **Totals: Bathroom** | | | **481.71** | **1,912.60** | **11,474.69** | **766.87** | **10,707.82** |




## Living Room                                                    Height: 8'

| | |
|---|---|
| 809.33  SF Walls | 365.25  SF Ceiling |
| 1174.58  SF Walls & Ceiling | 365.25  SF Floor |
| 40.58  SY Flooring | 100.33  LF Floor Perimeter |
| 105.33  LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**        5' X 6' 8"        **Opens into DINING_ROOM**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Walls** | | | | | | | |
| 91.  R&R Quarter round - 3/4" - stain grade | 100.33 LF | 1.56 | 8.90 | 33.08 | 198.50 | (5.12) | 193.38 |
| 92.  Stain & finish base shoe or quarter round | 100.33 LF | 1.16 | 1.76 | 23.64 | 141.78 | (7.88) | 133.90 |
| 93.  Stain & finish baseboard | 100.33 LF | 1.44 | 1.76 | 29.26 | 175.50 | (9.75) | 165.75 |
| **Floor** | | | | | | | |
| 94.  Sand, stain, and finish wood floor | 365.25 SF | 3.52 | 32.05 | 263.56 | 1,581.29 | (658.87) | 922.42 |
| 95.  Add for dustless floor sanding | 365.25 SF | 1.00 | 0.00 | 73.06 | 438.31 | (182.63) | 255.68 |
| **Totals:  Living Room** | | | 44.47 | 422.60 | 2,535.38 | 864.25 | 1,671.13 |



## Bedroom 2                                                      Height: 8'

| | |
|---|---|
| 372.00  SF Walls | 135.13  SF Ceiling |
| 507.13  SF Walls & Ceiling | 135.13  SF Floor |
| 15.01  SY Flooring | 46.50  LF Floor Perimeter |
| 46.50  LF Ceil. Perimeter | |



### Subroom:  BD 2 Closet (1)                                     Height: 8'

| | |
|---|---|
| 142.67  SF Walls | 13.83  SF Ceiling |
| 156.50  SF Walls & Ceiling | 13.83  SF Floor |
| 1.54  SY Flooring | 17.83  LF Floor Perimeter |
| 17.83  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Walls** | | | | | | | |
| 96.  R&R Quarter round - 3/4" - stain grade | 64.33 LF | 1.56 | 5.71 | 21.20 | 127.27 | (3.28) | 123.99 |
| 97.  Stain & finish base shoe or quarter round | 64.33 LF | 1.16 | 1.13 | 15.14 | 90.89 | (5.05) | 85.84 |
| 98.  Stain & finish baseboard | 64.33 LF | 1.44 | 1.13 | 18.74 | 112.51 | (6.26) | 106.25 |
| **Floor** | | | | | | | |


**CONTINUED - Bedroom 2**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 99.  Sand, stain, and finish wood floor | 148.96 SF | 3.52 | 13.07 | 107.48 | 644.89 | (268.71) | 376.18 |
| 100.  Add for dustless floor sanding | 148.96 SF | 1.00 | 0.00 | 29.80 | 178.76 | (74.48) | 104.28 |
| **Totals:  Bedroom 2** | | | **21.04** | **192.36** | **1,154.32** | **357.78** | **796.54** |



**Bedroom 1**                                                                                          Height: 8'

| 368.00  SF Walls | 132.25  SF Ceiling |
|---|---|
| 500.25  SF Walls & Ceiling | 132.25  SF Floor |
| 14.69  SY Flooring | 46.00  LF Floor Perimeter |
| 46.00  LF Ceil. Perimeter | |

**Subroom:  BD 1 Closet (1)**                                                                        Height: 8'

| 128.00  SF Walls | 12.00  SF Ceiling |
|---|---|
| 140.00  SF Walls & Ceiling | 12.00  SF Floor |
| 1.33  SY Flooring | 16.00  LF Floor Perimeter |
| 16.00  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Walls** | | | | | | | |
| 101.  R&R Quarter round - 3/4" - stain grade | 62.00 LF | 1.56 | 5.50 | 20.44 | 122.66 | (3.16) | 119.50 |
| 102.  Stain & finish base shoe or quarter round | 62.00 LF | 1.16 | 1.09 | 14.60 | 87.61 | (4.86) | 82.75 |
| 103.  Stain & finish baseboard | 62.00 LF | 1.44 | 1.09 | 18.08 | 108.45 | (6.02) | 102.43 |
| **Floor** | | | | | | | |
| 104.  Sand, stain, and finish wood floor | 144.25 SF | 3.52 | 12.66 | 104.10 | 624.52 | (260.21) | 364.31 |
| 105.  Add for dustless floor sanding | 144.25 SF | 1.00 | 0.00 | 28.86 | 173.11 | (72.13) | 100.98 |
| **Totals:  Bedroom 1** | | | **20.34** | **186.08** | **1,116.35** | **346.38** | **769.97** |



**USA DAMAGE RESPONSE TEAM**

1450 Madruga Ave. Suite 407 Coral Gables, FL
www.usadamageresponse.com



**Office** — Height: 8'

| | |
|---|---|
| 369.33 SF Walls | 133.17 SF Ceiling |
| 502.50 SF Walls & Ceiling | 133.17 SF Floor |
| 14.80 SY Flooring | 46.17 LF Floor Perimeter |
| 46.17 LF Ceil. Perimeter | |

**Subroom: Office Closet (1)** — Height: 8'

| | |
|---|---|
| 142.67 SF Walls | 13.83 SF Ceiling |
| 156.50 SF Walls & Ceiling | 13.83 SF Floor |
| 1.54 SY Flooring | 17.83 LF Floor Perimeter |
| 17.83 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Walls** | | | | | | | |
| 106. R&R Quarter round - 3/4" - stain grade | 64.00 LF | 1.56 | 5.68 | 21.12 | 126.64 | (3.26) | 123.38 |
| 107. Stain & finish base shoe or quarter round | 64.00 LF | 1.16 | 1.12 | 15.06 | 90.42 | (5.02) | 85.40 |
| 108. Stain & finish baseboard | 64.00 LF | 1.44 | 1.12 | 18.66 | 111.94 | (6.21) | 105.73 |
| **Floor** | | | | | | | |
| 109. Sand, stain, and finish wood floor | 147.00 SF | 3.52 | 12.90 | 106.06 | 636.40 | (265.17) | 371.23 |
| 110. Add for dustless floor sanding | 147.00 SF | 1.00 | 0.00 | 29.40 | 176.40 | (73.50) | 102.90 |
| **Totals: Office** | | | 20.82 | 190.30 | 1,141.80 | 353.16 | 788.64 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total: Main Level** | | | 588.38 | 2,903.94 | 17,422.54 | 2,688.44 | 14,734.10 |
| **Total: SKETCH1** | | | 588.38 | 2,903.94 | 17,422.54 | 2,688.44 | 14,734.10 |

**General Conditions**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 111. General clean - up | 4.00 HR | 31.10 | 0.00 | 24.88 | 149.28 | (0.00) | 149.28 |
| 112. Residential Supervision / Project Management - per hour | 65.00 HR | 57.90 | 0.00 | 752.70 | 4,516.20 | (0.00) | 4,516.20 |
| 113. Dumpster load - Approx. 20 yards, 4 tons of debris | 3.00 EA | 473.29 | 0.00 | 283.98 | 1,703.85 | (0.00) | 1,703.85 |
| 114. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 1,020.00 | 0.00 | 0.00 | 1,020.00 | (0.00) | 1,020.00 |
| 115. Neg. air fan/Air scrub.-Large (per 24 hr period)-No monit. | 7.00 DA | 107.20 | 0.00 | 150.08 | 900.48 | (0.00) | 900.48 |

### CONTINUED - General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 116. Add for HEPA filter (for negative air exhaust fan) | 1.00 EA | 183.67 | 17.06 | 40.16 | 240.89 | (0.00) | 240.89 |
| 117. Air handler - with A-coil - Detach & reset | 1.00 EA | 810.10 | 0.00 | 162.02 | 972.12 | (0.00) | 972.12 |
| 118. Central air cond. system - refrigerant evacuation | 1.00 EA | 127.58 | 0.00 | 25.52 | 153.10 | (0.00) | 153.10 |
| 119. Clean evaporator coil | 1.00 EA | 42.99 | 0.02 | 8.60 | 51.61 | (0.00) | 51.61 |
| 120. Clean air handler - Large | 1.00 EA | 43.49 | 0.07 | 8.72 | 52.28 | (0.00) | 52.28 |
| 121. Clean ductwork - Interior (PER REGISTER) | 9.00 EA | 28.21 | 0.07 | 50.80 | 304.76 | (0.00) | 304.76 |
| 122. R&R Sheathing - plywood - 1/2" CDX | 128.00 SF | 2.18 | 14.98 | 58.82 | 352.84 | (0.00) | 352.84 |
| Add Plywood for Dumpster to set on. | | | | | | | |
| 123. Temporary toilet (per month) | 2.00 MO | 109.00 | 0.00 | 43.60 | 261.60 | (0.00) | 261.60 |
| 124. Mason - Brick / Stone - per hour | 80.00 HR | 65.00 | 0.00 | 1,040.00 | 6,240.00 | (0.00) | 6,240.00 |
| 125. Residential Supervision / Project Management - per hour | 49.00 HR | 57.90 | 0.00 | 567.42 | 3,404.52 | (0.00) | 3,404.52 |
| Safety | | | | | | | |
| 126. General Laborer - per hour | 8.00 HR | 33.06 | 0.00 | 52.90 | 317.38 | (0.00) | 317.38 |
| 127. Exterior faucet / hose bibb - Detach & reset | 2.00 EA | 49.11 | 0.00 | 19.64 | 117.86 | (0.00) | 117.86 |
| 128. Electrician - per hour | 20.00 HR | 80.85 | 0.00 | 323.40 | 1,940.40 | (0.00) | 1,940.40 |
| 129. Job-site cargo/storage container - 20' long - per month | 1.00 MO | 87.83 | 8.56 | 19.28 | 115.67 | (0.00) | 115.67 |
| **Totals: General Conditions** | | | **40.76** | **3,632.52** | **22,814.84** | **0.00** | **22,814.84** |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 130. Water extract/remediation labor minimum* | 1.00 EA | 123.22 | 0.00 | 24.64 | 147.86 | (0.00) | 147.86 |
| 131. Drywall labor minimum* | 1.00 EA | 310.45 | 0.00 | 62.10 | 372.55 | (0.00) | 372.55 |
| 132. Finish hardware labor minimum* | 1.00 EA | 93.74 | 0.00 | 18.74 | 112.48 | (0.00) | 112.48 |
| 133. Plumbing labor minimum* | 1.00 EA | 177.06 | 0.00 | 35.42 | 212.48 | (0.00) | 212.48 |
| 134. Floor cleaning labor minimum | 1.00 EA | 74.06 | 0.00 | 14.82 | 88.88 | (0.00) | 88.88 |
| 135. Gutter labor minimum | 1.00 EA | 118.91 | 0.00 | 23.78 | 142.69 | (0.00) | 142.69 |
| 136. Insulation labor minimum | 1.00 EA | 114.98 | 0.00 | 23.00 | 137.98 | (0.00) | 137.98 |
| 137. Toilet & bath accessory labor minimum | 1.00 EA | 14.50 | 0.00 | 2.90 | 17.40 | (0.00) | 17.40 |
| 138. Window treatment repair | 1.00 EA | 73.76 | 0.00 | 14.76 | 88.52 | (0.00) | 88.52 |



## USA DAMAGE RESPONSE TEAM

1450 Madruga Ave. Suite 407 Coral Gables, FL
www.usadamageresponse.com

**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 139. Mirror/shower door labor minimum | 1.00 EA | 33.91 | 0.00 | 6.78 | 40.69 | (0.00) | 40.69 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **226.94** | **1,361.53** | **0.00** | **1,361.53** |
| **Line Item Totals: GRIFFIN_USA_DAMAGE1** | | | **1,667.18** | **15,285.28** | **102,681.76** | **5,134.68** | **97,547.08** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 8,935.22 | SF Walls | 2,987.61 | SF Ceiling | 11,922.83 | SF Walls and Ceiling |
| 2,980.17 | SF Floor | 331.13 | SY Flooring | 1,104.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 1,135.72 | LF Ceil. Perimeter |
| | | | | | |
| 2,980.17 | Floor Area | 3,250.50 | Total Area | 8,935.22 | Interior Wall Area |
| 4,289.00 | Exterior Wall Area | 469.33 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 102,364.38 | 99.69% | 97,229.70 | 99.67% |
| Other Structures | 317.38 | 0.31% | 317.38 | 0.33% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 102,681.76 | 100.00% | 97,547.08 | 100.00% |

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 85,464.82 |
| Material Sales Tax | 1,658.62 |
| Storage Rental Tax | 8.56 |
| | |
| Subtotal | 87,132.00 |
| Overhead | 7,616.19 |
| Profit | 7,616.19 |
| | |
| **Replacement Cost Value** | **$102,364.38** |
| Less Depreciation | (5,134.68) |
| | |
| **Actual Cash Value** | **$97,229.70** |
| **Net Claim** | **$97,229.70** |
| | |
| Total Recoverable Depreciation | 5,134.68 |
| | |
| **Net Claim if Depreciation is Recovered** | **$102,364.38** |

WriteLoss, Inc.

## Summary for Other Structures

| | |
|---|---|
| Line Item Total | 264.48 |
| Overhead | 26.45 |
| Profit | 26.45 |
| **Replacement Cost Value** | **$317.38** |
| **Net Claim** | **$317.38** |

WriteLoss, Inc.



**USA DAMAGE RESPONSE TEAM**

1450 Madruga Ave. Suite 407 Coral Gables, FL
www.usadamageresponse.com

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (9.75%) | P Ppty Material Tax (9.75%) | P Ppty Cleaning Tax (9.75%) | Storage Rental Tax (9.75%) | Food Tax (7.75%) |
|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | |
| | 7,642.64 | 7,642.64 | 1,658.62 | 0.00 | 0.00 | 8.56 | 0.00 |
| **Total** | | | | | | | |
| | **7,642.64** | **7,642.64** | **1,658.62** | **0.00** | **0.00** | **8.56** | **0.00** |

## Recap by Room

**Estimate: GRIFFIN_USA_DAMAGE1**

| | | | |
|---|---|---:|---:|
| **Plumbing Estimate** | | **9,952.00** | **11.61%** |
| Coverage: Dwelling | 100.00% = | 9,952.00 | |
| **Roof** | | **727.03** | **0.85%** |
| Coverage: Dwelling | 100.00% = | 727.03 | |

**Area: Exterior**

| | | | |
|---|---|---:|---:|
| **Rear Porch** | | **12,439.16** | **14.51%** |
| Coverage: Dwelling | 100.00% = | 12,439.16 | |
| **Rear Elevation** | | **10,607.92** | **12.37%** |
| Coverage: Dwelling | 100.00% = | 10,607.92 | |
| **Left Elevation** | | **4,174.12** | **4.87%** |
| Coverage: Dwelling | 100.00% = | 4,174.12 | |
| **Front Elevation** | | **8,906.50** | **10.39%** |
| Coverage: Dwelling | 100.00% = | 8,906.50 | |
| **Right Elevation** | | **4,716.20** | **5.50%** |
| Coverage: Dwelling | 100.00% = | 4,716.20 | |
| **Area Subtotal:  Exterior** | | **40,843.90** | **47.64%** |
| Coverage: Dwelling | 100.00% = | 40,843.90 | |

**Area: SKETCH1**

**Area: Main Level**

| | | | |
|---|---|---:|---:|
| **Bathroom** | | **9,080.38** | **10.59%** |
| Coverage: Dwelling | 100.00% = | 9,080.38 | |
| **Living Room** | | **2,068.31** | **2.41%** |
| Coverage: Dwelling | 100.00% = | 2,068.31 | |
| **Bedroom 2** | | **940.92** | **1.10%** |
| Coverage: Dwelling | 100.00% = | 940.92 | |
| **Bedroom 1** | | **909.93** | **1.06%** |
| Coverage: Dwelling | 100.00% = | 909.93 | |
| **Office** | | **930.68** | **1.09%** |
| Coverage: Dwelling | 100.00% = | 930.68 | |
| **Area Subtotal:  Main Level** | | **13,930.22** | **16.25%** |
| Coverage: Dwelling | 100.00% = | 13,930.22 | |
| **Area Subtotal:  SKETCH1** | | **13,930.22** | **16.25%** |
| Coverage: Dwelling | 100.00% = | 13,930.22 | |
| **General Conditions** | | **19,141.56** | **22.33%** |
| Coverage: Dwelling | 98.62% = | 18,877.08 | |
| Coverage: Other Structures | 1.38% = | 264.48 | |


| | | | |
|---|---|---|---|
| **Labor Minimums Applied** | | **1,134.59** | **1.32%** |
| Coverage: Dwelling | 100.00% = | 1,134.59 | |
| **Subtotal of Areas** | | **85,729.30** | **100.00%** |
| Coverage: Dwelling | 99.69% = | 85,464.82 | |
| Coverage: Other Structures | 0.31% = | 264.48 | |
| **Total** | | **85,729.30** | **100.00%** |

## Recap by Category with Depreciation

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **CABINETRY** | | | **1,118.15** | **156.60** | **961.55** |
| Coverage: Dwelling | @ | 100.00% = | 1,118.15 | | |
| **CLEANING** | | | **614.47** | | **614.47** |
| Coverage: Dwelling | @ | 100.00% = | 614.47 | | |
| **CONCRETE & ASPHALT** | | | **6,323.90** | **632.39** | **5,691.51** |
| Coverage: Dwelling | @ | 100.00% = | 6,323.90 | | |
| **CONTENT MANIPULATION** | | | **166.99** | | **166.99** |
| Coverage: Dwelling | @ | 100.00% = | 166.99 | | |
| **GENERAL DEMOLITION** | | | **9,112.04** | | **9,112.04** |
| Coverage: Dwelling | @ | 100.00% = | 9,112.04 | | |
| **DOORS** | | | **26.48** | | **26.48** |
| Coverage: Dwelling | @ | 100.00% = | 26.48 | | |
| **DRYWALL** | | | **465.85** | **5.18** | **460.67** |
| Coverage: Dwelling | @ | 100.00% = | 465.85 | | |
| **ELECTRICAL** | | | **1,641.25** | **2.91** | **1,638.34** |
| Coverage: Dwelling | @ | 100.00% = | 1,641.25 | | |
| **HEAVY EQUIPMENT** | | | **1,004.40** | | **1,004.40** |
| Coverage: Dwelling | @ | 100.00% = | 1,004.40 | | |
| **FLOOR COVERING - VINYL** | | | **384.58** | **38.45** | **346.13** |
| Coverage: Dwelling | @ | 100.00% = | 384.58 | | |
| **FLOOR COVERING - WOOD** | | | **3,640.68** | **1,820.35** | **1,820.33** |
| Coverage: Dwelling | @ | 100.00% = | 3,640.68 | | |
| **FINISH CARPENTRY / TRIMWORK** | | | **834.96** | **27.85** | **807.11** |
| Coverage: Dwelling | @ | 100.00% = | 834.96 | | |
| **FINISH HARDWARE** | | | **189.99** | **9.62** | **180.37** |
| Coverage: Dwelling | @ | 100.00% = | 189.99 | | |
| **FIREPLACES** | | | **5,720.00** | | **5,720.00** |
| Coverage: Dwelling | @ | 100.00% = | 5,720.00 | | |
| **FRAMING & ROUGH CARPENTRY** | | | **2,792.16** | **22.39** | **2,769.77** |
| Coverage: Dwelling | @ | 100.00% = | 2,792.16 | | |
| **HEAT, VENT & AIR CONDITIONING** | | | **1,017.43** | **23.93** | **993.50** |
| Coverage: Dwelling | @ | 100.00% = | 1,017.43 | | |
| **INSULATION** | | | **137.38** | **0.75** | **136.63** |
| Coverage: Dwelling | @ | 100.00% = | 137.38 | | |
| **LABOR ONLY** | | | **7,691.58** | | **7,691.58** |
| Coverage: Dwelling | @ | 100.00% = | 7,691.58 | | |
| **LIGHT FIXTURES** | | | **84.34** | **12.65** | **71.69** |
| Coverage: Dwelling | @ | 100.00% = | 84.34 | | |
| **LANDSCAPING** | | | **264.48** | | **264.48** |
| Coverage: Other Structures | @ | 100.00% = | 264.48 | | |
| **MASONRY** | | | **19,027.00** | **1,268.47** | **17,758.53** |
| Coverage: Dwelling | @ | 100.00% = | 19,027.00 | | |



**USA DAMAGE RESPONSE TEAM**

1450 Madruga Ave. Suite 407 Coral Gables, FL
www.usadamageresponse.com

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **MIRRORS & SHOWER DOORS** | | | **375.40** | 40.98 | 334.42 |
| Coverage: Dwelling | @ | 100.00% = | 375.40 | | |
| **PLUMBING** | | | **1,570.82** | 180.04 | 1,390.78 |
| Coverage: Dwelling | @ | 100.00% = | 1,570.82 | | |
| **PAINTING** | | | **1,692.61** | 112.84 | 1,579.77 |
| Coverage: Dwelling | @ | 100.00% = | 1,692.61 | | |
| **ROOFING** | | | **1,351.79** | 104.67 | 1,247.12 |
| Coverage: Dwelling | @ | 100.00% = | 1,351.79 | | |
| **SIDING** | | | **1,616.76** | 299.35 | 1,317.41 |
| Coverage: Dwelling | @ | 100.00% = | 1,616.76 | | |
| **SOFFIT, FASCIA, & GUTTER** | | | **288.59** | 23.94 | 264.65 |
| Coverage: Dwelling | @ | 100.00% = | 288.59 | | |
| **TOILET & BATH ACCESSORIES** | | | **218.36** | 50.97 | 167.39 |
| Coverage: Dwelling | @ | 100.00% = | 218.36 | | |
| **TILE** | | | **2,977.44** | 99.24 | 2,878.20 |
| Coverage: Dwelling | @ | 100.00% = | 2,977.44 | | |
| **TEMPORARY REPAIRS** | | | **218.00** | | 218.00 |
| Coverage: Dwelling | @ | 100.00% = | 218.00 | | |
| **WINDOW TREATMENT** | | | **115.30** | 24.92 | 90.38 |
| Coverage: Dwelling | @ | 100.00% = | 115.30 | | |
| **WINDOWS - VINYL** | | | **993.00** | | 993.00 |
| Coverage: Dwelling | @ | 100.00% = | 993.00 | | |
| **WATER EXTRACTION & REMEDIATION** | | | **1,081.12** | | 1,081.12 |
| Coverage: Dwelling | @ | 100.00% = | 1,081.12 | | |
| **O&P Items Subtotal** | | | **74,757.30** | 4,958.49 | 69,798.81 |

| Non-O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **PERMITS AND FEES** | | | **1,020.00** | | 1,020.00 |
| Coverage: Dwelling | @ | 100.00% = | 1,020.00 | | |
| **PLUMBING** | | | **9,952.00** | | 9,952.00 |
| Coverage: Dwelling | @ | 100.00% = | 9,952.00 | | |
| **Non-O&P Items Subtotal** | | | **10,972.00** | 0.00 | 10,972.00 |
| **O&P Items Subtotal** | | | **74,757.30** | 4,958.49 | 69,798.81 |
| **Material Sales Tax** | | | **1,658.62** | 176.19 | 1,482.43 |
| Coverage: Dwelling | @ | 100.00% = | 1,658.62 | | |
| **Storage Rental Tax** | | | **8.56** | | 8.56 |
| Coverage: Dwelling | @ | 100.00% = | 8.56 | | |
| **Overhead** | | | **7,642.64** | | 7,642.64 |
| Coverage: Dwelling | @ | 99.65% = | 7,616.19 | | |
| Coverage: Other Structures | @ | 0.35% = | 26.45 | | |
| **Profit** | | | **7,642.64** | | 7,642.64 |
| Coverage: Dwelling | @ | 99.65% = | 7,616.19 | | |
| Coverage: Other Structures | @ | 0.35% = | 26.45 | | |



## USA DAMAGE RESPONSE TEAM

1450 Madruga Ave. Suite 407 Coral Gables, FL
www.usadamageresponse.com

| **Total** | | 102,681.76 | 5,134.68 | 97,547.08 |


1    39-3812260913_640x360



2    40-3812260915_640x360




3   41-3797758908_640x480



4   42-3797758910_640x480





5    43-3797758912_640x480



6    44-3797758914_640x480




7    45-3797758916_640x480



8    46-3797758918_640x480




9  47-3797758920_640x480



10  48-3797758922_640x480




11    49-3797758924_640x480



12    50-3797759190_640x360





13   51-3797759192_640x360



14   52-3797759194_640x360




15   53-3797759196_640x360



16   54-3797759198_640x360



17    55-3797759200_640x360



18    56-3797759202_640x360




19    57-3797759204_640x360



20    58-3797759206_640x360




21    59-3797759208_640x360



22    60-3797759210_640x360




23    61-3797759212_640x360



24    62-3797759214_640x360



25    63-3797759216_640x360



26    64-3797759218_640x360





27   65-3797759220_640x360



28   66-3797759222_640x360



29    67-3797759224_640x360



SKETCH1 - Main Level







Office

Bath Closet (1)

Vanity (B3)

Bathroom (3)

Dining Room

Cabinets (B1)

Oven (B4)

Kitchen

Laundry Room Closet (1)

AC Closet

Cabinet (B5)

Office Closet (1)

BD 2 Closet (1)

Bedroom 2

Bedroom 1

Space

BD 1 Closet (1)

Living Room

Workshop

N

GRIFFIN_USA_DAMAGE1

8/23/2022



Office

Bath Closet (1)

Vanity (B3)

Bathroom

Dining Room

Cabinet (B1)

Oven (B4)

Kitchen

Laundry Room

LR Closet (1)

A/C Closet

Office Closet (1)

BD 2 Closet (1)

Cabinet (B5)

Bedroom 2

Bedroom 1

Space

BD 1 Closet (1)

Living Room

Workshop

N

Plumbing Diagram

8/23/2022          Page: 36

GRIFFIN_USA_DAMAGE1



# PLUMBING REPORT

**SUBJECT PROPERTY:**

| | |
|---|---|
| Name | William Griffin |
| Address | 128 Poplar St. |
| City, State, Zip | Gadsden, TN 38337 |

**Introduction:**

We performed a camera inspection at the above referenced property on the date noted.  The purpose of this video inspection was to evaluate the condition of the homes sanitary drainage system and the following are our findings.

**System drains into:**  Septic Tank

**Foundation Type:**  Off Grade / Crawl Space

Cast Iron goes to septic tank and septic tank is under slab of porch. House is conventional

**Plumbing System Type:**  Plumbing system is comprised of both cast iron and PVC.

**ANALYSIS OF CAMERA INSPECTION ON:**  August 10, 2020

**OBSERVATIONS**  **LOCATIONS OBSERVED**

Possible field line issue Broken going into septic tank.  It's offset separated at the tank.

Under porch slab

The interior of the cast iron drainage line is extremely rough and jagged.



**DAMAGE IDENTIFIED:**


**MASTER BATHROOM:**          Cabinet Damage or other wood damage

**CONCLUSION:**

We believe the existing pipes should be repaired.


 **Additional Comments:**
Only bathroom with Cast Iron.  It was grooved and deteriorated and we recommend replacing the Cast Iron. Much of the piping is PVC throughout the rest of the home.  Vent to Master Bathroom is Cast Iron and should be replaced.

**ESTIMATED COST TO RE-PLUMB SANITARY DRAIN LINES TO PVC:  $9,952.00**


Thanks for using our services,


Draingo Plumbing


All observations are the opinion of the Contractor.  Opinions are based on collected information and if new information becomes available the Contractor reserves the right to change this opinion.

# PICTURES WITH DESCRIPTIONS

| PHOTO | DESCRIPTION |
|---|---|
|  | 1. |
| | 2. |



**3.**

| PHOTO | DESCRIPTION |
|---|---|

**4.**



**5.**

# DRAINGO OF MISSISSIPPI

# ESTIMATE

**6883 HWY 14**

**BRIGHTON TN 38011**

**Phone:   601) 899-0000**

| INVOICE # | DATE |
|---|---|
| **9691803** | **6/9/2020** |

| CUSTOMER |
|---|
| USA DAMAGE RESPONSE TEAM |
| WILLIAM GRIFFIN |
| 128 POPLAR ST |
| GADSDEN TN 38337 |

| CUSTOMER ID | TERMS |
|---|---|
| **564** | |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| REMOVE AND SET ALL FIXTURES | 2 | 745.00 | 1,490.00 |
| CREATE ACCESS AND REMOVE CAST IRON PIPE | 16 | 45.00 | 720.00 |
| INSTALL SANITARY PIPE LABOR | 16 | 81.00 | 1,296.00 |
| TRASH CONTAINER | 1 | 900.00 | 900.00 |
| PREPARING PLANS, PLUMBING PERMIT, INSPECTIONS AND SUBMISSIONS | 1 | 1,800.00 | 1,800.00 |
| SUPPORT HANGERS | 1 | 450.00 | 450.00 |
| TRAVEL TIME TO THE LOCATION | 4 | 100.00 | 400.00 |
| MATERIAL INCLUDING PVC SCH 40 PIPE AND FITTINGS | 3 | 150.00 | 450.00 |
| VENT STACK  & WASTE ARM INSTALL | 2 | 823.00 | 1,646.00 |
| CUT CONCRETE, REMOVE AND DISCARD (APPROX FT) | 8 | 100.00 | 800.00 |
| | | | - |
| | | | - |
| | | | - |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 9,952.00 |
| TAX RATE | 0.000% |
| TAX | - |
| **TOTAL** | $    **9,952.00** |

If you have any questions about this invoice, please contact
**DGMS 601-899-0000 DRAINGOPLUMBING@GMAIL.COM**