IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

| | | |
|---|---|---|
| **WILLIAM GRIFFIN AND BILLIE GRIFFIN,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case 1:21-cv-02818 |
| **AMERICAN SELECT INSURANCE COMPANY,** | ) ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF INTENT TO USE CRIMINAL CONVICTIONS OF WILLIAM GRIFFIN AT TRIAL

Comes now the Defendant American Select Insurance Company ("ASIC"), by and through counsel, and pursuant to Federal Rule of Evidence 609 respectfully submits gives notice to the Plaintiffs of its intent to offer evidence of criminal convictions of William Griffin for two felony forgery charges in 2002 and for felony manufacture of methamphetamine in 2010.

Respectfully submitted,

/s/ James R. Tomkins_____
**JAMES R. TOMKINS, 11161**
**SMITH & TOMKINS**
25 Century Boulevard, Suite 606
Nashville, TN 37214
(615) 256-1280
jtomkins@smithtomkins.com

*Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been emailed and sent thru the Court's electronic filing system, on the 19th day of April, 2023, to:

Mr. Drayton Berkley
Berkley Law Firm, PLLC
119 S. Main Street, #500
Memphis, TN 38103

                                            /s/ James R. Tomkins_____
                                            **JAMES R. TOMKINS**