IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

| | |
|---|---|
| WILLIAM GRIFFIN AND BILLIE GRIFFIN, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case 1:21-cv-02818 ) |
| AMERICAN SELECT INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT AMERICAN SELECT INSURANCE COMPANY'S EXHIBIT LIST**

Comes now the Defendant American Select Insurance Company ("ASIC"), by and through counsel, and respectfully submits the following exhibit list as to the trial of this case.

**ANTICIPATED EXHIBITS TO BE OFFERED AT TRIAL**

1. American Select Insurance Company Policy No. WNP 033832

2. Estimate and photographs of Phillip Allen

3. Sketch of bathroom

4. Letter from American Select Insurance Company to Plaintiffs dated 02/04/20

5. Claim payment check

6. American Select Insurance Company position letter dated 03/17/21

7. Report and all attachments to report of Anthony Firriolo, PE, including structural damage report dated 02/16/21

8. Supplemental letter from Anthony Firriolo, PE dated 09/13/22

1

9.       Plaintiffs' Responses to Interrogatories from Defendant

10.     Plaintiffs' Supplemental Responses to Interrogatories from Defendant

11.     Deposition of William Griffin with exhibits

12.     Deposition of Billie Griffin with exhibits

Respectfully submitted,

/s/ James R. Tomkins
**JAMES R. TOMKINS, 11161**
**SMITH & TOMKINS**
25 Century Boulevard, Suite 606
Nashville, TN 37214
(615) 256-1280
jtomkins@smithtomkins.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been emailed and sent thru the Court's electronic filing system, on the 26th day of May, 2023, to:

Mr. Drayton Berkley
1255 Lynnfield Road
Suite 226
Memphis, TN 38119

/s/ James R. Tomkins
**JAMES R. TOMKINS**